# Exhibit A

archive.is — webpage capture

Saved from http://gotnews.com/breaking-charlottesville-car-terrorist-is-anti-trump-open-borders-d    search    12 Aug 2017 22:53:39 UTC

All snapshots from host gotnews.com    history

Webpage | Screenshot    share    download .zip    report error or abuse

# BREAKING: #Charlottesville Car Terrorist Is Anti-Trump, Open Borders Druggie

AUG 12, 2017 by gotnews

Facebook    Twitter    E-mail    SMS



SOURCE: INSTAGRAM SCREENSHOT.

**Evidence indicates a left-winger mowed down antifa counter-protestors in Charlottesville, not a right-winger or white nationalist, GotNews can exclusively reveal.**

License plate searches of the 2010 Dodge Challenger that killed one and injured nearly 20 in Charlottesville found that the vehicle was registered to a Jerome Vangheluwe of Michigan.

A Facebook crawl of his relatives reveals the car was in the possession of his son, Joel.





The lion's share of the funds required to run this website comes from donations. Please support independent journalism. If you'd like to hire our research team, email us at

TIPS@GOTNEWS.COM

Tweets by BasedOps









SOURCE: LINKEDIN SCREENSHOT.

"Don't crash it on the first day!" a comment jokes. Not so funny now.



SOURCE: FACEBOOK SCREENSHOT.

Joel likes taking drugs and getting stoned, a look at his social media shows. What he under the influence when he crashed into the crowd at Charlottesville?

8/22/2017                     BREAKING: #Charlottesville Car Terrorist Is Anti-Trump, Open Borders Druggie - GotNews



                                  

23 likes

**joelvanart** #daywriting #poetry #detroit #deadbeat #poet #art #distortion #abstract #grunge #spilledink #gonzo #stoned #soul #funk #vibrations #heart #head #dreams #neon #express #feel #writing

View 1 comment

    

SOURCE: INSTAGRAM SCREENSHOT.

●●○○○ AT&T LTE          4:16 PM          ◀ 18% ⬚ ⚡

<            Photo            ↻

**joelvanart**  ⋯

LOVE ME TO THE SKY
HATE ME TO THE GROUND
WHEN THINKING BLACK & WHITE
BALANCE IS HARDLY FOUND
☾ ☀ ☯

♡ ♢ ▽            ⊓

**40 likes**

**joelvanart** #poetry #deadbeat #poet #detroit #emotions #balance #yinyang #stoned #steez #high #psychedelic #love #hate #spilledink #grunge #punk #psychedelic #moon #sun #day #night #sky #soul #distortion

View 1 comment

FEBRUARY 4, 2016

⌂    Q    ⊞    ♡    ○



SOURCE: FACEBOOK SCREENSHOT.

He also hates President Donald Trump: "If only Trump were aborted," he writes.



SOURCE: FACEBOOK SCREENSHOT.



 **Joel VanGheluwe**
October 8, 2016 at 9:29pm

anytime I see a trump sticker I'm putting an alien over it,

Art >>>> trump/this election

neither of these candidates out here need anymore support, I think they've already had more than enough.... end this game because we the people and we're better than who is paying to represent us 🤦🤦



SOURCE: FACEBOOK SCREENSHOT.



SOURCE: INSTAGRAM SCREENSHOT.

"Nationalism is brainwash, we'll always be separated until we come together, shit man the world and its people are beautiful. Not just American, pro world," he wrote on July 4, 2015 on Facebook.



SOURCE: FACEBOOK SCREENSHOT.

Stay tuned for more.

Our researchers shut down Facebook's biased left-wing trending news team. They discovered never before seen footage of a young Barack Obama whining about white privilege in Kenya. They debunked and destroyed Hillary Clinton's narco baby mama Alicia Machado, who quit giving interviews because of us. If you'd like to hire our research team, email us at editor@gotnews.com.

Like our scoops? You won't hear this stuff from the lying mainstream media. Keep the GotNews mission alive: Send tips to editor@gotnews.com or donate at GotNews.com/donate.

| Facebook | Twitter | 11 | E-mail | SMS | Total: 11 |

FILED UNDER: NEWS, RACE



**About GotNews**

Our researchers found Senator John McCain's Vietnam propaganda tapes after 50 years of silence. They identified the Milwaukee #BlackLivesMatter criminal/martyr hours before any major media outlet. They shut down Facebook's biased left-wing trending news team. Help us keep up the good work: donate at GotNews.com/donate. If you'd like to hire our research team, email us at editor@gotnews.com. Like our scoops? You won't hear this stuff from the lying mainstream media. Keep the GotNews mission alive: Send tips to editor@gotnews.com or donate at GotNews.com/donate.

RESOURCES    SECTIONS    TOPICS    DONATE

| About GotNews | News | Donald Trump | Please support independent journalism. | | GotNews Netwo |
| --- | --- | --- | --- | --- | --- |
| Videos | Opinion | Censorship | | | 113,805 Monthly People  qua Aug |
| Research Tips | Culture | Democratic Party | | bitcoin ACCEPTED HERE | Global Daily People (2 mont |
| Contact | | ISIS | | | May 13, 2017  Aug |
| | | wikileaks | | | |

©2017 GotNews, LLC. · Privacy Policy · Contact · #FreeChuck