# Exhibit D

(https://www.facebook.com/NewsPuppet)
(https://twitter.com/puppetstringnews/)



(/)

# Friendly Fire...Charlottesville Car attacker is anti-Trump Antifa supporter (http://www.puppetstringnews.com/blog/friendly-firecharlottesville-car-attacker-is-anti-trump-antifa-supporter)

8/12/2017
11 Comments (http://www.puppetstringnews.com/blog/friendly-firecharlottesville-car-attacker-is-anti-trump-antifa-supporter#comments)



Evidence indicates a left-winger mowed down antifa counter-protestors in Charlottesville, not a right-winger or white nationalist, GotNews can exclusively reveal. License plate searches of the 2010 Dodge Challenger that killed one and injured nearly 20 in Charlottesville found that the vehicle was registered to a Jerome Vangheluwe of Michigan. A Facebook crawl of his relatives reveals the car was in the possession of his son, Joel.

Well it looks like we now know more information about the car attack today at a Unite The Right rally in Charlottesville Virginia, and it looks like friendly fire as the driver/owner of the Dodge Challenger is now a known antifa/anti Trump supporter. Guess you can say the Left tried to basically use an anti Trump/Antifa terrorist to make it look like a Trump supporter did it, but all of those claiming this as a terrorist attack from a Trump supporter...Well there is this thing called the internet.

So once again Left Wing terrorism has been exposed in America, where the driver of this Dodge Challenger that ran over nearly 19 people killing one is an anti Trumper and Antifa supporter of member. So now basically lefties in America are committing terrorist attacks in America on their own people to blame it on Trump and his supporters.

8/14/2017                    Friendly Fire...Charlottesville Car attacker is anti-Trump Antifa supporter - Puppet String news









8/14/2017                      Friendly Fire...Charlottesville Car attacker is anti-Trump Antifa supporter - Puppet String news





11 Comments (http://www.puppetstringnews.com/blog/friendly-firecharlottesville-car-attacker-is-anti-trump-antifa-supporter#comments)

**Suzy Parker**                                                                                                                                    8/12/2017 04:32:38 pm

Glad you reposted this. Site says, taken down. I appreciate your info. Thank you.

REPLY

**Tina (http://Facebook)**                                                                                                         8/12/2017 04:34:29 pm

Yes, it seems like a set up to me!

REPLY

**rachel**　　8/12/2017 06:38:02 pm

Today is soros birthday

REPLY

**John Benjamin Tatum**　　8/12/2017 06:52:52 pm

https://everipedia.org/wiki/james-alex-fields-jr/

REPLY

**Get It Right**　　8/12/2017 07:10:51 pm

Yea too bad he sold the car. Get your info right before blaming the Left for Nazi idiocy.

REPLY

**Debbie Gahimer**　　8/12/2017 08:56:22 pm

If he sold the car, it wouldn't have popped up with his dad's name!!
So, nice try, but next time go with actual facts!!
I know, because I worked as a court clerk that ran plates and names from the state database, which plugs into the national database!!

REPLY

**Stin**　　8/12/2017 09:04:21 pm

Debbie, get YOUR facts straight, you dunce.

**TM**　　8/12/2017 09:33:46 pm

This has been disproven, continuing to report this is the basis of "Fake News" / Alternative Facts.

https://everipedia.org/wiki/james-alex-fields-jr/

US Navy Veteran

REPLY

**aaASD**　　8/12/2017 09:53:10 pm

a 20 years old VETERAN?

REPLY

**fking srsly**　　8/12/2017 11:01:14 pm

http://www.cnn.com/2017/08/12/us/charlottesville-car-crash-suspect-idd/index.html
can this prove how paranoid you guys are yet?

REPLY

**Bahahaha CNN?!**　　8/13/2017 07:03:29 am

REALLY?! THE KING OF ALL FAKE NEWS IS YOUR SOURCE BAHAHAHA

REPLY

## Leave a Reply.

**Name (required)**

**Email (not published)**

**Website**

**Comments (required)**

Notify me of new comments to this post by email

SUBMIT

## Author

Anti msm news, Created by a US NAVY vet. "Seek the truth" Check me out on Facebook and Twitter at top of page, also check me out on gab.ai @PuppetStringNews

# "Seek The Truth!"

2:18-cv-10542-LJM-EAS    Doc # 1-5    Filed 02/14/18    Pg 8 of 9    Pg ID 74

10/11/2017                    Truth! Charlottesville car ramming investigation not limited to the driver - Puppet String news




# Truth! Charlottesville car ramming investigation not limited to the driver (//www.puppetstringnews.com/blog/truth-charlottesville-car-ramming-investigation-not-limited-to-the-driver)

8/13/2017

0 Comments (//www.puppetstringnews.com/blog/truth-charlottesville-car-ramming-investigation-not-limited-to-the-driver#comments)



The feds are looking into whether James Alex Fields Jr., the suspect accused of ramming his car into a group of counter-protesters at a white nationalist rally in Charlottesville, Va., had help planning the alleged attack, a senior Justice Department official familar with the investigation told Fox News on Sunday.

The DOJ has opened a federal civil rights hate crime investigation into Saturday's crash, which killed one person and injured 19 others. "The investigation is not limited to the driver. We will investigate whether others may have been involved in planning the attack," the official said, adding that domestic terrorism charges are possible as well.

Well it looks like the so called driver that killed one person and injured around 20 in Charlottesville, VA may not just be the only person involved in the violent attack. Remember that James Alex Fields Jr.'s name doesn't even come up on the regsistration of the vehicle, as the vehicle registration is registered in Michigan even though it has Ohio plates to Jerome Vangheluwe the father of a Antifa member and anti Trumper Joel Vangheluwe.

Now if you look at Joel's Facebook page, you will see a photo that claims the car as his, so since the investigation now involves more than just the person behind the wheel...It's likely Joel or Jerome Vangheluwe the owners of the car possibly brainwashed James Alex Fields to do the attack. See folks eventually you can connect the dots, and this was likely an ordered hit by the Vangheluwe family in Michigan who could of possibly brainwashed James Alex Fields into this attack as the DOJ is reporting that the driver may not be the only person involved in this horrible incident.

Tweet

0 Comments (//www.puppetstringnews.com/blog/truth-charlottesville-car-ramming-investigation-not-limited-to-the-driver#comments)

2:18-cv-10542-LJM-EAS   Doc # 1-5   Filed 02/14/18   Pg 9 of 9   Pg ID 75

10/11/2017                    Truth! Charlottesville car ramming investigation not limited to the driver - Puppet String news

**Puppet String News** (/)

## Leave a Reply.

Name (required)

Email (not published)

Website

Comments (required)

Notify me of new comments to this post by email

SUBMIT

## Author

*Anti msm news, Created by a US NAVY vet. "Seek the truth" Check me out on Facebook and Twitter at top of page, also check me out on gab.ai @PuppetStringNews*