# Exhibit G


