# Exhibit T

