2:18-cv-10542-LJM-EAS    Doc # 3    Filed 02/15/18    Pg 17 of 44    Pg ID 170

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Joel Vangheluwe, et al. | ) | |
| | ) | |
| | ) | Civil Action No.  18-10542 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon.  Laurie J. Michelson |
| GotNews, LLC, et al. | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:    Shirley Husar

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Raechel M. Badalamenti
          Kirk and Huth
          19500 Hall Road
          Suite 100
          Clinton Township, MI 48038

     If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*



By:  s/D.Peruski
    *Signature of Clerk or Deputy Clerk*

Date of Issuance:  February 15, 2018

2:18-cv-10542-LJM-EAS   Doc # 3   Filed 02/15/18   Pg 18 of 44   Pg ID 141

AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 18-10542
Hon. Laurie J. Michelson

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Shirley Husar

was received by me on *(date)*   April 6, 2018   .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☒ I returned the summons unexecuted because   Recipient does not reside there ; or

☒ Other *(specify):*   Christina Huizar lives here. She still receive mail for
the Recipient. She is the new tenant ;

My fees are $                    for travel and $                    for services, for a total of $                    .

I declare under penalty of perjury that this information is true.

Date: 4/13/18

Server's signature

Carlas   Abrego
Printed name and title

1133 13th St. NW Unit C4 Washington DC 20005
Server's address

Additional information regarding attempted service, etc:

2:18-cv-10542-LJM-EAS    Doc # 3    Filed 02/15/18    Pg 5 of 44    Pg ID 128

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Joel Vangheluwe, et al. | ) | |
| | ) | |
| | ) | Civil Action No. 18-10542 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GotNews, LLC, et al. | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:    Charles C. Johnson

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Raechel M. Badalamenti
    Kirk and Huth
    19500 Hall Road
    Suite 100
    Clinton Township, MI 48038

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*



By:  s/D.Peruski
    *Signature of Clerk or Deputy Clerk*

Date of Issuance:  February 15, 2018

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   18-10542

Hon. Laurie J. Michelson

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charles C. Johnson was received by me on *(date)* Apr 9, 2018, 5:52 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: Spoke with Customer Service Representative, Sheldon Meisser at Temple City Postal Centre who stated that the subject did have a postal box at this location. ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/19/2018

_____
*Server's signature*

Armando Minjares
*Printed name and title*

1133 13th St NW Unit C4, Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 10, 2018, 3:15 pm PDT at _____ Temple City Blvd, _____ Temple City, CA.
Attempt made, not served. Spoke with Customer Service Representative, Sheldon Meisser at Temple City Postal Centre who stated that the subject did have a postal box at this location.

2:18-cv-10542-LJM-EAS    Doc # 3    Filed 02/15/18    Pg 23 of 44    Pg ID 146

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Joel Vangheluwe, et al. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  18-10542 |
| | ) | |
| v. | ) | |
| | ) | |
| GotNews, LLC, et al. | ) | Hon.  Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Kenneth Strawn

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Raechel M. Badalamenti
> Kirk and Huth
> 19500 Hall Road
> Suite 100
> Clinton Township, MI 48038

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D.Peruski
     *Signature of Clerk or Deputy Clerk*

Date of Issuance:  February 15, 2018



AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 18-10542
Hon. Laurie J. Michelson

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Kenneth Strawn
was received by me on *(date)*  April 9, 2018 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because  Attempted made. Not Served  ; or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  4/16/2018

*Server's signature*

George Sano

*Printed name and title*

1133 13th St. NW Unit C4, Washington DC. 20005
*Server's address*

Additional information regarding attempted service, etc:
1) Unsuccessful Attempt: April 10, 2018, 3:00pm PDT at          Cypress Ln, Mission
Viejo, CA          Attempt made, not served. No answer or movement inside.
No help from neighbour.                                        Cypress Ln, Mission
2) Unsuccess ful Attempt  April 12, 2018. 6:46pm PDT at       Cypress Ln, Mission
Viejo, CA          Attempt made, not served. No answer or movement inside.
3) Unsuccessful Attempt  April 14, 2018, 9:15am PDT at        Cypress Ln, Mission
Viejo. CA,          Attempt made, not served. No answer or movement inside.

2:18-cv-10542-LJM-EAS    Doc # 3    Filed 02/15/18    Pg 25 of 44    Pg ID 148

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Joel Vangheluwe, et al. | ) | |
| | ) | |
| | ) | Civil Action No. 18-10542 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GotNews, LLC, et al. | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:    Patrick Lehnhoff

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Raechel M. Badalamenti
Kirk and Huth
19500 Hall Road
Suite 100
Clinton Township, MI 48038

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*



By:  s/D.Peruski
      *Signature of Clerk or Deputy Clerk*

Date of Issuance:  February 15, 2018

2:18-cv-10542-LJM-EAS   Doc # 3   Filed 03/15/18   Pg 26 of 44   Pg ID 149

AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 18-10542
Hon. Laurie J. Michelson

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Patrick Lehnhoff
was received by me on *(date)*   April 9, 2018 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because   Attempt made. Not Served   ; or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  04/17/2018

Martin Hueckel
*Server's signature*

Martin Hueckel
*Printed name and title*

1133 13th St. NW Unit C4 Washington DC 20005
*Server's address*

Additional information regarding attempted service, etc:  April 16, 2018 EDT
Confirmed with current resident who just moved in
one week ago. Stated that the Defendant does
not reside at the given address ( _____ Flyer Ave, Saint
Louis MO

2:18-cv-10542-LJM-EAS    Doc # 3    Filed 02/15/18    Pg 27 of 44    Pg ID 150

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

| | | |
|---|---|---|
| Joel Vangheluwe, et al. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 18-10542 |
| | ) | |
| v. | ) | |
| GotNews, LLC, et al. | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Beth Eyestone

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Raechel M. Badalamenti
> Kirk and Huth
> 19500 Hall Road
> Suite 100
> Clinton Township, MI 48038

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D.Peruski
        *Signature of Clerk or Deputy Clerk*

Date of Issuance:  February 15, 2018



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-10542
         Hon. Laurie J. Michelson

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Beth Eyestone was received by me on *(date)* Apr 9, 2018, 9:09 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: No answer or movement inside during all attempts ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/24/18
      14:24

_____
Server's signature

Brian Newton       Process Server
_____
Printed name and title

1133 13th St NW Unit C4, Washington, D.C. 20005
_____
Server's address

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 10, 2018, 2:26 pm CDT at ● Camp Mitchell Rd, Morrilton, AR ███. Attempt made, not served. No answer or movement inside.

2) Unsuccessful Attempt: Apr 12, 2018, 9:27 am CDT at ● Camp Mitchell Rd, Morrilton, AR ███. Attempt made, not served. No answer or movement inside.

3) Unsuccessful Attempt: Apr 15, 2018, 12:32 pm CDT at ● Camp Mitchell Rd, Morrilton, AR ███. Attempt made, not served. No answer or movement inside.

4) Unsuccessful Attempt: Apr 18, 2018, 7:07 pm CDT at ● Camp Mitchell Rd, Morrilton, AR███.

Attempt made, not served. No answer or movement inside.

2:18-cv-10542-LJM-EAS    Doc # 3    Filed 02/15/18    Pg 29 of 44    Pg ID 152

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Joel Vangheluwe, et al. | ) | |
| | ) | |
| | ) | Civil Action No. 18-10542 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| GotNews, LLC, et al. | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Lori Twohy

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Raechel M. Badalamenti
> Kirk and Huth
> 19500 Hall Road
> Suite 100
> Clinton Township, MI 48038

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*



By: _s/D.Peruski_____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _February 15, 2018_____

2:18-cv-10542-LJM-EAS    Doc # 3    Filed 02/16/18    Pg 30 of 44    Pg ID 153

AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 18-10542
Hon. Laurie J. Michelson

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lori Twohy
was received by me on *(date)*    APRIL  9, 2018 .

☐ I personally served the summons on the individual at *(place)*

                                                                on *(date)*                        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                                        , a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                                                on *(date)*                  ; or

☒ I returned the summons unexecuted because    DEPENDANT  MOVED                           or

☐ Other *(specify)*:

My fees are $                    for travel and $              for services, for a total of $

I declare under penalty of perjury that this information is true.

Date:  4/16/18

                                        *Alisha Eagle*

                                        Alisha Eagle · Process Server
                                        *Printed name and title*

                                        1133 13th ST NW UNIT C.1 WASHINGTON D.C.
                                                                                20005

Additional information regarding attempted service, etc:

SPOKE WITH WILL RHODES, OWNER OF THE PROPERTY, STATES
THE RECIPIENT WAS A PREVIOUS TENANT, SHE IS NO LONGER THERE.

2:18-cv-10542-LJM-EAS    Doc # 3    Filed 02/15/18    Pg 31 of 44    Pg ID 154

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Joel Vangheluwe, et al. | ) | |
| | ) | |
| | ) | Civil Action No. 18-10542 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GotNews, LLC, et al. | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Raechel Hitchye

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Raechel M. Badalamenti
> Kirk and Huth
> 19500 Hall Road
> Suite 100
> Clinton Township, MI 48038

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D.Peruski
      *Signature of Clerk or Deputy Clerk*

Date of Issuance: February 15, 2018



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-10542-LJM-EAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Raechel Hitchye</u> was received by me on *(date)* <u>Apr 9, 2018,</u> <u>9:09 am.</u>

- [ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- [x] I returned the summons unexecuted because: <u>Attempt made, not served. No unit number provided. 12 units in</u> <u>complex. Spoke with property manager Jason, who stated the Recipient moved away 6 months ago. She broke</u> <u>up with her boyfriend and left everything behind. They lived in Unit 6. New tenants there now . ; or</u>

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 04/16/2018

_____
*Server's signature*

Melissa Ruiz
_____
*Printed name and title*

1133 13th St. NW Unit C 4 Washington D.C. 20005
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 13, 2018, 10:20 am MDT at ⬤ N 22nd St, Phoenix, AZ ⬤
Attempt made, not served. No unit number provided. 12 units in complex. Spoke with property manager Jason, who stated the Recipient moved away 6 months ago. She broke up with her boyfriend and left everything behind. They lived in Unit 6. New tenants there now.

2:18-cv-10542-LJM-EAS    Doc # 3    Filed 02/15/18    Pg 33 of 44    Pg ID 156

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Joel Vangheluwe, et al. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 18-10542 |
| | ) | |
| v. | ) | |
| | ) | |
| GotNews, LLC, et al. | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     James Christopher Hastey

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Raechel M. Badalamenti
> Kirk and Huth
> 19500 Hall Road
> Suite 100
> Clinton Township, MI 48038

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*



By: _s/D.Peruski_____
    *Signature of Clerk or Deputy Clerk*

Date of Issuance: _February 15, 2018_____

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-10542-LJM-EAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>James Christopher Hastey</u> was received by me on *(date)* <u>Apr 9, 2018, 9:09 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____
_____ ; or

☒ I returned the summons unexecuted because: Not able to locate ■ ruddy street. First house starts at ■. Attempted to speak to the neighbors ■ and ■, Attempt to speak with neighbors. No answer no movement. Spoke with Lockhart fire department, I was informed that ■ ruddy street didn't exist. ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: 4/18/18

*Patrick Keenan*
_____
Server's signature

Pat Keenan  *CIVIL PROCESS SERVER*
_____  *PSC # 721*
Printed name and title                *EXP 9-30-20*

1133 13th Street, NW Unit C 4, Washington D.C. 20005
_____
Server's address

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 11, 2018, 7:08 pm CDT at ■ Ruddy Street, Lockhart, TX ■
Not able to locate ■ ruddy street. First house starts at ■ Attempted to speak to the neighbors ■ and ■ No answer or movement inside.

2) Unsuccessful Attempt: Apr 12, 2018, 6:18 pm CDT at ■ Ruddy Street, Lockhart, TX ■
Not able to locate ■ ruddy street. First house starts at 502. Attempted to speak to the neighbors ■ and ■, No answer or movement inside. Vehicle in drive way.

3) Unsuccessful Attempt: Apr 13, 2018, 7:40 am CDT at ■ Ruddy Street, Lockhart, TX ■

Not able to locate ██ ruddy street. First house starts at ██ Attempted to speak to the neighbors ██ and ██ Attempt to speak with neighbors. No answer no movement. Spoke with Lockhart fire department, I was informed that ██ ruddy street didn't exist.

2:18-cv-10542-LJM-EAS    Doc # 3    Filed 02/15/18    Pg 35 of 44    Pg ID 158

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Joel Vangheluwe, et al. | ) | |
| | ) | |
| | ) | Civil Action No. 18-10542 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GotNews, LLC, et al. | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Christopher Jones

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Raechel M. Badalamenti
> Kirk and Huth
> 19500 Hall Road
> Suite 100
> Clinton Township, MI 48038

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski _____
      *Signature of Clerk or Deputy Clerk*

Date of Issuance: February 15, 2018 _____



AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 18-10542

Hon. Laurie J. Michelson

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Christopher Jones

was received by me on *(date)*   April 9, 2018

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☒ I returned the summons unexecuted because   Attempted made. Not served   ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   4/16/2018

*Charles Earnest*
Server's signature

Charles Earnest
Printed name and title

1788 13th St. NW Unit C4 Washington DC 20005
Server's address

Additional information regarding attempted service, etc:

1) Unsuccessful Attempted April 13, 2018, 10:30am EDT at ▮ E Pike St. Clarksburg, WV ▮ Attempted made, not served. The Defendant does not reside at the given address.

2:18-cv-10542-LJM-EAS    Doc # 3    Filed 02/15/18    Pg 39 of 44    Pg ID 162

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Joel Vangheluwe, et al. | ) | |
| | ) | |
| | ) | Civil Action No. 18-10542 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| GotNews, LLC, et al. | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:    Gavin McInnes

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>    Raechel M. Badalamenti
>    Kirk and Huth
>    19500 Hall Road
>    Suite 100
>    Clinton Township, MI 48038

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _s/D.Peruski_____
    *Signature of Clerk or Deputy Clerk*

Date of Issuance: _February 15, 2018_____



AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 18-10542
Hon. Laurie J. Michelson

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Gavin McInnes

was received by me on *(date)*  April 6, 2018 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because  Attempts made. Not Saved  ; or

☐ Other *(specify)*:

_____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  4|18|18

_____ _Van_____
*Server's signature*

Hemerson   Valencia
*Printed name and title*

1133 13th St. NW Unit C4 Washington DC 20005
*Server's address*

Additional information regarding attempted service, etc:

This is on a private road with no trespassing sign, with a post "We don't call 911, with a picture of a gun." Never any answer, looks like it may be a summer home.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Joel Vangheluwe, et al. | ) | |
| | ) | |
| | ) | Civil Action No. 18-10542 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GotNews, LLC, et al. | ) | Hon. Laurie J. Michelson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   GotNews, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Raechel M. Badalamenti
> Kirk and Huth
> 19500 Hall Road
> Suite 100
> Clinton Township, MI 48038

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*



By:  s/D.Peruski _____

   *Signature of Clerk or Deputy Clerk*

Date of Issuance:  February 15, 2018 _____

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-10542

Hon. Laurie J. Michelson

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GotNews, LLC (through it's Registered Agent - Charles C. Johnson) was received by me on *(date)* Apr 9, 2018, 5:52 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: Attempt made, not served. Spoke with Customer Service Representative, Sheldon Meisser at Temple City Postal Centre who stated that the subject used to have a postal box at this location. ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/19/2018

_____
Server's signature

Armando Minjares
_____
Printed name and title

1133 13th St NW Unit C4, Washington, D.C. 20005
_____
Server's address

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 10, 2018, 3:15 pm PDT at ██ Temple City Blvd., ██ Temple City, CA ██. Attempt made, not served. Spoke with Customer Service Representative, Sheldon Meisser at Temple City Postal Centre who stated that the subject used to have a postal box at this location.