# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **JOEL VANGHELUWE, ET AL.,** | Case No. 2:18-cv-10542-LJM-EAS |
| Plaintiffs, | Hon. Laurie J. Michelson |
| v. | Mag. Elizabeth A. Stafford |
| **GOTNEWS, LLC, ET AL.,** | |
| Defendants. | |

**KIRK, HUTH, LANGE & BADALAMENTI, PLC**
Elizabeth P. Roberts (P76017)
Raechel M. Badalamenti (P64361)
19500 Hall Rd., Ste. 100
Clinton Twp., MI 48038
(T): (586) 412-4900
(F): (586) 412-4949
(E): eroberts@khlblaw.com
(E): rbadalamenti@khlblaw.com
*Attorneys for Jerome Vangheluwe and Joel Vangheluwe*

**BRISTOW LAW, PLLC**
By: Kyle J. Bristow (P77200)
P.O. Box 381164
Clinton Twp., MI 48038
(T): (248) 838-9934
(F): (586) 408-6384
(E): BristowLaw@gmail.com
*Attorney for Paul Nehlen*

**SOMMERMAN, McCAFFITY & QUESADA, L.L.P.**
Andrew B. Sommerman
3811 Turtle Creek Blvd., Ste. 1400
Dallas, TX 75219
(T): (214) 720-0720
(F): (214) 720-0184
(E): andrew@textrial.com
*Attorneys for Jerome Vangheluwe and Joel Vangheluwe*

**KELLEY & EVANCHEK PC**
John A. Evanchek (P66157)
43695 Michigan Ave.
Canton, MI 48188
(T): (734) 397-4540
(F): (734) 397-4567
(E): john@kelawpc.com
*Attorney for Richard Weikart*

## DEFENDANT PAUL NEHLEN'S
## NOTICE OF WITHDRAWAL OF TWO MOOT MOTIONS

NOW COMES Defendant Paul Nehlen ("Nehlen"), by and through Attorney Kyle J. Bristow of Bristow Law, PLLC, and hereby propounds upon the Parties of the instant civil action and this Honorable Court Defendant Paul Nehlen's Notice of Withdrawal of Two Moot Motions:

1. Nehlen hereby withdraws Defendant Paul Nehlen's Motion to Dismiss (Dckt #6) and Defendant Paul Nehlen's Second Motion to Dismiss (Dckt #11) for the reason that said motions have been rendered moot since Plaintiffs' Complaint (Dckt #1) and Plaintiffs' First Amended Motion (Dckt #10) have been amended and stricken from the record, respectively. Only Defendant Paul Nehlen's Third Motion for Dismissal (Dckt #13) remains pending.

WHEREFORE, Defendant Paul Nehlen's Motion to Dismiss (Dckt #6) and Defendant Paul Nehlen's Second Motion to Dismiss (Dckt #11) are withdrawn, and only Defendant Paul Nehlen's Third Motion to Dismiss (Dckt #13) remains pending.

Respectfully submitted,

**BRISTOW LAW, PLLC**

/s/ Kyle J. Bristow
Kyle J. Bristow (P77200)
P.O. Box 381164
Clinton Twp., MI 48038
(T): (248) 838-9934
(F): (586) 408-6384
(E): BristowLaw@gmail.com
*Attorney for Paul Nehlen*

Dated: May 9, 2018

## **CERTIFICATE OF SERVICE**

I, Kyle J. Bristow, affirm that I am an attorney of record for a party to the above-captioned civil action, and on May 9, 2018, I electronically filed this document upon the Clerk of the Court by using the Court's Electronic Filing System, which should send notification of said filing to all attorneys of record who are registered to receive such electronic service.

/s/ Kyle J. Bristow
Kyle J. Bristow (P77200)
P.O. Box 381164
Clinton Twp., MI 48038
(T):  (248) 838-9934
(F):  (586) 408-6384
(E):  BristowLaw@gmail.com
*Attorney for Paul Nehlen*

Dated:  May 9, 2018