2:18-cv-10542-LJM-EAS Doc # 3 Filed 02/15/18 Pg 39 of 44 Pg ID 162

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Joel Vangheluwe, et al.  )
)
)
*Plaintiff,* )  Civil Action No. 18-10542
)
v. )
)
GotNews, LLC, et al. )  Hon. Laurie J. Michelson
)
)
*Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To:  Gavin McInnes

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Raechel M. Badalamenti
    Kirk and Huth
    19500 Hall Road
    Suite 100
    Clinton Township, MI 48038

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*    By: s/D.Peruski
                                                                  *Signature of Clerk or Deputy Clerk*

                                                                 Date of Issuance: February 15, 2018



# Summons and Complaint Return of Service

Case No. 18-10542
Hon. Laurie J. Michelson

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gavin McInnes
was received by me on *(date)* MAY, 14, 2018.

☒ I personally served the summons on the individual at *(place)* ▮▮ PARK Avenue, Larchmont, N.Y. ▮▮
on *(date)* MAY 15, 2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 5/15/18

_Adna DeCarlo_
Server's signature

ADRIAN DECARLO  Process Server
Printed name and title

100 Fisher Ave, #1519, White Plains NY. 1060_
Server's address

Additional information regarding attempted service, etc:

Defendant served at 7:20 am
Male white, 5'10", 180lbs, Blonde hair/Brown eyes,
wore glasses and has goatee. About 45 years old.

Scanned by CamScanner