UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOEL VANGHELUWE and<br>JEROME VANGHELUWE,<br><br>　　　Plaintiffs,<br><br>v.<br><br>GOT NEWS, LLC, *et al.*,<br><br>　　　Defendants. | Case No. 18-cv-10542<br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER FOR PLAINTIFFS TO MEET AND CONFER WITH EACH DEFENDANT**

This case has 21 named defendants who may be represented by 21 different counsel. The defendants live in California, Nevada, Missouri, Oregon, Arkansas, North Carolina, Arizona, Texas, West Virginia, Arkansas, New York, Indiana, and Wisconsin. And two motions to dismiss have already been filed.

To advance judicial efficiency, the Court orders Plaintiffs to engage in a meaningful meet and confer with each defendant as they file an appearance (so far only Paul Nehlen and Richard Weikart). Email does not count. During the meet and confer, the parties are to discuss the possibility of settlement and thoroughly discuss the bases of any motions to dismiss. The parties are then to file a joint report stating the date of the meet and confer, whether the parties have settled their dispute (or whether additional time for settlement discussions is desired), whether the defendant will be filing a motion to dismiss or an answer, and the deadline for that motion or answer. No motions to dismiss or answers shall be filed prior to this meet and confer. Instead, each defendant will have 21 days from the date of the meet and confer to file their first responsive

pleading to the amended complaint (R. 12). The meet and confer does not constitute a waiver of any Rule 12 defenses, including personal jurisdiction.

Pursuant to this order, Nehlen's and Weikart's motions to dismiss are DENIED without prejudice to refiling following a substantive meet and confer.

SO ORDERED.

Dated: May 16, 2018

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 16, 2018.

s/Keisha Jackson
Case Manager