

RECEIVED
MAY 25 2018
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

United States District Court for the Eastern
District of Michigan
231 West Lafayette Blvd.
Detroit, MI 48226

May 15, 2018
To: Honorable Laurie J. Michelson
Re: Case No. 2:18-cv-10542

My name is Wanda Strawn and I am the mother of Kenneth Strawn who is one of the defendants in the above-mentioned case. We live in Southern California. Attached is a letter from Kenneth as well. Kenneth(Kenny) is a 25-year-old adult with high functioning autism. He is currently on Social Security and has a job that pays approximately $80 per week. He does not drive a car and lives at home. However, we do not have conservatorship for him due to his high mental capacity, so we cannot control his adult activities. We have tried but have been unsuccessful in our attempts to do so. Consequently, he has no financial means to retain an attorney in the case. Additionally, even though he is extremely intelligent, he has extremely low social skills and doesn't understand most of the ramifications of his actions.

About two years ago, he got involved with Young Americans for Freedom. If you know anything about autism, you know that autistic people develop extreme obsessions on things that interest him. Both my husband and I suspect that the group of people he has associated himself with, may have urged him on in his political activism and views. I also found out today, that he had received a previous legal letter for a retraction, but we had no idea he had been contacted. He doesn't understand the legal system and thinks he can handle anything himself. He did say he posted a retraction on social media, but we do not know its content. We only found out about this case because we saw the package. He attempted to hide it from us and then put it in the mailbox as "return to sender" thinking it would all go away. He is very gullible and influenced by others and what others say. Then he thinks he knows everything. We have been visited several times by local police concerned about his activities and they have involved mental health services, but unless he commits a serious crime, their hands are tied as are ours.

What my husband and I would like to know is there a way we can consult with you (my husband, Kenny and I) to determine how we need to proceed on this and if there is a way an attorney can be appointed for him in Michigan. As an outcome, at the very least, my husband and I would not object to him being forced legally to disconnect from all Social Media.

We thank you in advance for taking time out of your busy schedule to address this for us.

Sincerely,

_____        _____
Wanda Strawn  949-632-3157              Clifford Strawn  949-887-8124