# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Joel Vangheluwe and Jerome Vangheluwe,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>GotNews, LLC, Freedom Daily, LLC, Charles C. Johnson, Alberto Waisman, Jeffrey Rainforth, Jim Hoft, David Petersen, Jonathan Spiel, Shirley Husar, Eduardo Doitteau, Lita Coulthart-Villanueva, Kenneth Strawn, Patrick Lehnhoff, Beth Eyestone, Lori Twohy, Raechel Hitchye, James Christopher Hastey, Christopher Jones, Connie Comeaux, Gavin McInnes, Richard Weikart, and Paul Nehlen,<br><br>      *Defendants*. | Case No. :  2:18-cv-10542-LJM-EAS |

## DEFENDANT RICHARD WEIKART AND PLAINTIFFS' COURT-ORDERED JOINT CONFERENCE REPORT

Defendant Richard Weikart ("Weikart"), by and through Attorney John Evanchek, Esq. of Kelley & Evanchek, PC, and Jerome Vangheluwe and Joel Vangheluwe (collectively "Plaintiffs"), by and through Attorney Andrew B. Sommerman of Sommerman, McCaffity & Quesada, L.L.P., and file this Joint Conference Report:

1. On May 16, 2018, the Court denied without prejudice for reasons stated in the Order dated May 16, 2018 Pacer Docket No. 20, Weikart's Motion to Dismiss and ordered Plaintiffs and the defendants to meet and confer—not by email—about the instant controversy. The parties were ordered to discuss the possibility of settlement, thoroughly discuss the bases of any prospective motions to dismiss, and then file a joint report stating the date of the conference, whether the parties have settled their dispute—or whether additional time for settlement discussions are desired—, whether the defendant will be filing a motion to dismiss or an answer, and the deadline for any motion to dismiss.

2. Attorney John Evanchek ("Evanchek") and Attorney Andrew Sommerman ("Sommerman") discussed the instant controversy by phone on Tuesday, May 22, 2018, at 2:30 p.m. EST.

3. Evanchek and Sommerman discussed the possibility of settlement, which is confidential pursuant to Fed. R. Evid. 408. Weikart and Plaintiffs have not settled their dispute, and additional time for settlement discussions is not desired.

4. Evanchek and Sommerman thoroughly discussed the bases of a Fed. R. Civ. P. 12(b) motion that Evanchek will shortly refile on behalf of Weikart. The deadline for said motion to be filed is twenty-one (21) days from today's date, which would be June 16, 2018.

5. Plaintiffs' responses to that Motion will be filed on July 7, 2018.

Respectfully submitted,

| **SOMMERMAN, McCAFFITY & QUESADA, L.L.P.** | **KELLEY & EVANCHEK, PC** |
|---|---|
| /s/ Andrew B. Sommerman | /s/ John Evanchek, Esq. |
| Andrew B. Sommerman | John Evanchek, Esq. (P66157) |
| 3811 Turtle Creek Blvd., Ste. 1400 | 43695 Michigan Ave |
| Dallas, TX 75219 | Canton, Michigan 48188 |
| (T): (214) 720-0720 | (T): (734) 397-4540 |
| (F): (214) 720-0184 | (F): (734) 397-4567 |
| (E): andrew@textrial.com | (E): John@kelawpc.com |
| *Attorneys for Jerome Vangheluwe and Joel Vangheluwe* | *Attorney for Richard Weikart* |

## **CERTIFICATE OF SERVICE**

I, Andrew B. Sommerman, affirm that I am an attorney of record for a party to the above-captioned civil action, and on May 30, 2018, I electronically filed this document upon the Clerk of the Court by using the Court's Electronic Filing System, which should send notification of said filing to all attorneys of record and parties who are registered to receive such electronic service.

Furthermore, on May 30, 2018, I affirm that I placed true and accurate copies of this document in First Class postage-prepaid, properly addressed, and sealed envelopes which were addressed to:  Lita Coulthart-Villanueva, ▮ Jeffries St., Anderson, CA ▮ and Kenneth G. Strawn, ▮ Cypress Lane, Mission Viejo, CA ▮.

/s/ Andrew B. Sommerman
Andrew B. Sommerman

Dated:  May 30, 2018