UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Joel Vangheluwe and Jerome Vangheluwe,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>GotNews, LLC, Freedom Daily, LLC, Charles C. Johnson, Alberto Waisman, Jeffrey Rainforth, Jim Hoft, David Petersen, Jonathan Spiel, Shirley Husar, Eduardo Doitteau, Lita Coulthart-Villanueva, Kenneth Strawn, Patrick Lehnhoff, Beth Eyestone, Lori Twohy, Raechel Hitchye, James Christopher Hastey, Christopher Jones, Connie Comeaux, Gavin McInnes, Richard Weikart, and Paul Nehlen,<br><br>  *Defendants*. | Case No. :  2:18-cv-10542-LJM-EAS<br><br>Hon. Laurie J. Michelson<br><br>Mag. Elizabeth A. Stafford |

**PLAINTIFF JEROME VANGHELUWE'S NOTICE OF ACCEPTANCE OF DEFENDANT CHARLES JOHNSON'S OFFER OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff Jerome Vangheluwe files this Notice of Acceptance ("the Notice") of Defendant Charles Johnson's May 16, 2018 Offer of Judgment to Jerome Vangheluwe, a true and correct copy of which is attached hereto as Exhibit 1 (the "Offer of Judgment"). In accordance with Rule 68(a), Plaintiff accepts the offer in writing within fourteen (14) days of being served.

1

According, Plaintiff Jerome Vangheluwe here notifies the Court that he accepts the Offer of Judgment and respectfully asks that the Clerk enter judgment in the amount identified in the Offer of Judgement against Defendant Charles Johnson.

Date of Acceptance: May 30, 2018.

>Respectfully submitted,
>
>SOMMERMAN, McCAFFITY
>& QUESADA, L.L.P.
>
>_/s/_ *Andrew B. Sommerman*_____
>Andrew B. Sommerman
>ATTORNEYS FOR PLAINTIFFS
>Texas State Bar No. 18842150
>3811 Turtle Creek Boulevard,
>Suite 1400
>Dallas, Texas  75219
>214/720-0720 (Telephone)
>214/720-0184 (Facsimile)
>andrew@textrial.com
>
>**AND**
>
>KIRK, HUTH, LANGE
>& BADALAMENTI, PLC
>
>Raechel M. Badalamenti (P64361)
>CO-COUNSEL FOR PLAINTIFFS
>19500 Hall Road, Suite 100
>Clinton Township, MI  48038
>(586) 412-4900   Fax:  (586) 412-4949

Dated:  May 30, 2018                rbadalamenti@khlblaw.com

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 30, 2018, the foregoing Notice was served via ECF on counsel of record for defendants who have appeared in this case, as well as on the following ProSe Defendants via First Class Mail:

Lita Coulthart-Villanueva
███ Jeffries St.
Anderson, CA █████

Kenneth G. Strawn
███ Cypress Lane
Mission Viejo, CA █████

                                                                           /s/ *Andrew B. Sommerman*