UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Joel Vangheluwe and Jerome Vangheluwe,<br><br>*Plaintiffs*,<br><br>v.<br><br>GotNews, LLC, Freedom Daily, LLC, Charles C. Johnson, Alberto Waisman, Jeffrey Rainforth, Jim Hoft, David Petersen, Jonathan Spiel, Shirley Husar, Eduardo Doitteau, Lita Coulthart-Villanueva, Kenneth Strawn, Patrick Lehnhoff, Beth Eyestone, Lori Twohy, Raechel Hitchye, James Christopher Hastey, Christopher Jones, Connie Comeaux, Gavin McInnes, Richard Weikart, and Paul Nehlen,<br><br>*Defendants*. | Case No. :   2:18-cv-10542-LJM-EAS<br><br>Hon. Laurie J. Michelson<br>Mag. Elizabeth A. Stafford |

## ORDER

CAME ON TO BE CONSIDERED Plaintiffs' Motion for Issuance of Second Summonses for Unserved Defendants in the above referenced matter, and the Court is of the opinion that said motion should be in all things granted.

IT IS, THEREFORE, ORDERED that Plaintiffs' Motion for Issuance of Second Summonses for Unserved Defendants is GRANTED.

IT IS, THEREFORE, FURTHER ORDERED, that Plaintiffs submit proposed Second Summonses within five (5) days for entry and that entry of the Second Summons is authorized for Defendants Shirley Husar, Patrick Lenhoff, Beth Eyestone, Lori Twohy, Raechel Hitchye, Christopher Jones, and Jonathan Spiel ("the Unserved Defendants").

IT IS, THEREFORE, FURTHER ORDERED that Plaintiffs shall effect service on the Unserved Defendants by June 14, 2018.

Dated: May 31, 2018

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 31, 2018.

s/Keisha Jackson
Case Manager