UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Joel Vangheluwe and Jerome Vangheluwe, <br><br>*Plaintiffs*, <br><br>v. <br><br>GotNews, LLC, Freedom Daily, LLC, Charles C. Johnson, Alberto Waisman, Jeffrey Rainforth, Jim Hoft, David Petersen, Jonathan Spiel, Shirley Husar, Eduardo Doitteau, Lita Coulthart-Villanueva, Kenneth Strawn, Patrick Lehnhoff, Beth Eyestone, Lori Twohy, Raechel Hitchye, James Christopher Hastey, Christopher Jones, Connie Comeaux, Gavin McInnes, Richard Weikart, and Paul Nehlen, <br><br>*Defendants*. | Case No. :  2:18-cv-10542-LJM-EAS |

## DEFENDANT LITA COULTHART-VILLANUEVA'S AND PLAINTIFFS' COURT-ORDERED JOINT CONFERENCE REPORT

Prose Defendant Lita Coulthart-Villanueva ("Villanueva"), and Jerome Vangheluwe and Joel Vangheluwe (collectively "Plaintiffs"), by and through Attorney Andrew B. Sommerman, and file this Joint Conference Report:

1. On May 16, 2018, the Court ordered Plaintiffs and the defendants to meet and confer—not by email—about the instant controversy. The parties were ordered to discuss the possibility of settlement, thoroughly discuss the bases of any prospective motions to dismiss, and then file a joint report stating the date of the conference, whether the parties have settled their dispute—or whether additional time for settlement discussions are desired—, whether the

defendant will be filing a motion to dismiss or an answer, and the deadline for any motion to dismiss.

2. Lita Coulthart-Villanueva and Attorney Andrew Sommerman ("Sommerman") discussed the instant controversy by phone on Wednesday, May 30, 2018 at 4:00 p.m. CST.

3. Ms. Coulthart-Villanueva and Sommerman discussed the possibility of settlement. Ms. Coulthart-Villanueva and Plaintiffs have not settled their dispute, and additional time for settlement discussions is not desired.

4. Ms. Coulthart-Villanueva and Sommerman thoroughly discussed the bases of any preliminary motions she may wish to file including any Fed. R. Civ. P. 12(b) motion. The deadline for said motion to be filed is twenty-one (21) days from today's date, which would be June 27, 2018.

5. Plaintiffs' responses to that Motion will be filed on July 18, 2018.

Respectfully submitted,

**SOMMERMAN, McCAFFITY & QUESADA, L.L.P.**          **LITA COULTHART-VILLANUEVA**

/s/ Andrew B. Sommerman
Andrew B. Sommerman
TX State Bar No.: 18842150
3811 Turtle Creek Blvd., Ste. 1400
Dallas, TX 75219
Phone: (214) 720-0720
Fax: (214) 720-0184
E-Mail: andrew@textrial.com
*Attorneys for Jerome Vangheluwe and Joel Vangheluwe*

/s/ Lita Coulthart-Villanueva
Lita Coulthart-Villanueva
███ Jeffries St.
Anderson, CA  96007
Phone: 530-364-2547
E-Mail: clitav@gmail.com
*Prose Defendant*

## CERTIFICATE OF SERVICE

I, Andrew B. Sommerman, affirm that I am an attorney of record for a party to the above-captioned civil action, and on June 6, 2018, I electronically filed this document upon the Clerk of the Court by using the Court's Electronic Filing System, which should send notification of said filing to all attorneys of record and parties who are registered to receive such electronic service.

Furthermore, on June 6, 2018, I affirm that I placed true and accurate copies of this document in First Class postage-prepaid, properly addressed, and sealed envelopes which were addressed to:  Lita Coulthart-Villanueva, ▇ Jeffries St., Anderson, CA ▇ and Kenneth G. Strawn, ▇ Cypress Lane, Mission Viejo, CA ▇.

/s/ Andrew B. Sommerman

Dated:   June 6, 2018