# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Joel Vangheluwe and Jerome Vangheluwe,<br><br>   *Plaintiffs*,<br><br> v.<br><br>GotNews, LLC, Freedom Daily, LLC, Charles C. Johnson, Alberto Waisman, Jeffrey Rainforth, Jim Hoft, David Petersen, Jonathan Spiel, Shirley Husar, Eduardo Doitteau, Lita Coulthart-Villanueva, Kenneth Strawn, Patrick Lehnhoff, Beth Eyestone, Lori Twohy, Raechel Hitchye, James Christopher Hastey, Christopher Jones, Connie Comeaux, Gavin McInnes, Richard Weikart, and Paul Nehlen,<br><br>   *Defendants*. | Case No. :  2:18-cv-10542-LJM-EAS |

## DEFENDANT ALBERTO WAISMAN'S AND PLAINTIFFS' COURT-ORDERED JOINT CONFERENCE REPORT

Defendant Alberto Waisman ("Waisman"), by and through Attorney Harmeet K. Dhillon of Dhillon Law Group, Inc., and Jerome Vangheluwe and Joel Vangheluwe (collectively "Plaintiffs"), by and through Attorney Andrew B. Sommerman of Sommerman, McCaffity & Quesada, L.L.P., file this Joint Conference Report:

1.      On May 16, 2018, the Court ordered Plaintiffs and the defendants to meet and confer—not by email—about the instant controversy.  The parties were ordered to discuss the possibility of settlement, thoroughly discuss the bases of any prospective motions to dismiss, and then file a joint report stating the date of the conference, whether the parties have settled their dispute—or whether additional time for settlement discussions are desired—, whether the defendant will be filing a motion to dismiss or an answer, and the deadline for any motion to dismiss.

2.      Attorney Harmeet K. Dhillon ("Dhillon") and Attorney Andrew Sommerman ("Sommerman") discussed the instant controversy by phone on Wednesday, May 23, 2018, at 4:00 p.m. CST.

3.      Dhillon and Sommerman discussed the possibility of settlement. Waisman and Plaintiffs have not settled their dispute; however, additional time for settlement discussions is desired.

4.      Dhillon and Sommerman thoroughly discussed the bases of an Anti-SLAPP motion under California Code of Civil Procedure Section 425.16 and any other motions.

5.      Plaintiff has agreed to the Defendant's request for additional time to explore settlement.  With this Court's approval, Defendant would have until July 26, 2018 to file and serve a response to Plaintiffs' Amended Complaint, including but not limited to the Anti-SLAPP motion referenced above.

6. Plaintiffs' responses, if applicable, to any such motion will be filed on August 16, 2018.

7. Defendants' reply brief in support of any such motion will be filed on August 30, 2018. If a hearing on such motion is scheduled on or prior to August 30, 2018, Defendant's reply brief will be filed at least three days before the hearing pursuant to Local Rule 7.1(e)(1)(C).

Respectfully submitted,

| **SOMMERMAN, McCAFFITY & QUESADA, L.L.P.** | **DHILLON LAW GROUP, INC.** |
|---|---|
| /s/ Andrew B. Sommerman | /s/ Harmeet K. Dhillon |
| Andrew B. Sommerman | Harmeet K. Dhillon |
| 3811 Turtle Creek Blvd., Ste. 1400 | 177 Post St., Suite 700 |
| Dallas, TX 75219 | San Francisco, CA 94108 |
| (T): (214) 720-0720 | (T): (415) 433-1700 |
| (F): (214) 720-0184 | (F): (415) 520-6593 |
| (E): andrew@textrial.com | (E): Harmeet@DhillonLaw.com |
| *Attorneys for Jerome Vangheluwe and Joel Vangheluwe* | *Attorney for Alberto Waisman* |

# **CERTIFICATE OF SERVICE**

I, Andrew B. Sommerman, affirm that I am an attorney of record for a party to the above-captioned civil action, and on June 7, 2018, I electronically filed this document upon the Clerk of the Court by using the Court's Electronic Filing System, which should send notification of said filing to all attorneys of record and parties who are registered to receive such electronic service.

Furthermore, on June 7, 2018, I affirm that I placed true and accurate copies of this document in First Class postage-prepaid, properly addressed, and sealed envelopes which were addressed to: Lita Coulthart-Villanueva, ▮ Jeffries St., Anderson, CA ▮ and Kenneth G. Strawn, ▮ Cypress Lane, Mission Viejo, CA ▮ .

                                                                  /s/ Andrew B. Sommerman
                                                                  Andrew B. Sommerman

Dated: June 7, 2018