| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)   TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|
| Raechel M. Balamenti<br>KIRK AND HUTH<br>19500 Hall Road, Suite 100<br>Clinton Township, MI 48038   Ref. No. or File No. | |
| ATTORNEY FOR | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN | |
| SHORT TITLE OF CASE:<br>VANGHELUWE VS GOTNEWS, LLC | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 242436 | | | | 2:18-CV-10542 |

PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

   SUMMONS & AMENDED COMPLAINT W/EXHIBITS

2. a. PARTY SERVED: SHIRLEY HUSAR

   b. PERSON SERVED: KENNETH HUSAR

      RELATIONSHIP: SON, CO OCCUPANT

   c. ADDRESS: ▮▮▮ SHAMROCK ▮▮▮
      PALMDALE CA ▮▮▮

3. I SERVED THE PARTY NAMED IN ITEM 2
   a. BY PERSONALLY DELIVERING THE COPIES ON 06-07-18 AT 11:23AM

5. PERSON SERVING: BURGESS KURZON        FEE FOR SERVICE:$
   CONFORMS TO JUDICIAL COUNCIL FORM #982 (a) (23)

ATTORNEY SERVICES OF ANTELOPE VALLEY    d. Registered California process server
P.O. BOX 2712                           (1) [ X ] Employee or [  ] Independent Contractor
LANCASTER, CA 93539                     (2) Registration No. 1288
661-718-1818 FAX 661-718-1717           (3) County: LOS ANGELES
                                        (4) Expiration: 01/18/20

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 06/12/18                    > _[signature]_
                                  SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)  TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|
| Raechel M. Balamenti<br>KIRK AND HUTH<br>19500 Hall Road, Suite 100<br>Clinton Township, MI 48038      Ref. No. or File No.<br><br>ATTORNEY FOR | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT<br>OF MICHIGAN | |
| SHORT TITLE OF CASE:<br>VANGHELUWE VS GOTNEWS, LLC | |
| INVOICE NO.   DATE:   TIME:   DEP./DIV.<br>242436 | CASE NUMBER:<br>2:18-CV-10542 |

DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: SHIRLEY HUSAR

DOCUMENTS RECEIVED:

SUMMONS & AMENDED COMPLAINT W/EXHIBITS

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT SVCE
BY PERSONAL DELIVERY:

AT THE RESIDENCE ADDRESS:  ▓▓ SHAMROCK ▓▓
                            PALMDALE CA ▓▓
OR THE BUSINESS ADDRESS:
                            UNKNOWN


06-06-18  4:25PM    NO ANSWER, GOLD JAGUAR BACKED IN ON D/W
06-07-18  11:23AM   NOT HOME PER KENNETH HUSAR, SON, SUB SVC
                    (24YRS, 6'2", 220#, BLK, M, BLK AFRO)

PERSON ATTEMPTING SERVICE: BURGESS KURZON


ATTORNEY SERVICES OF ANTELOPE VALLEY    d.  Registered California process server
P.O. BOX 2712                           (1) [ X ] Employee or [   ] Independent Contractor
LANCASTER, CA 93539                     (2) Registration No. 1288
661-718-1818 FAX 661-718-1717           (3) County: LOS ANGELES
                                        (4) Expiration:  01/18/20

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 06/12/18                          >
                                                    SIGNATURE