# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Joel Vangheluwe, et al | ) | |
| *Plaintiff,* | ) ) ) ) | Civil Action No. 18-10542 |
| v. | ) ) | |
| Got News, LLC, et al | ) ) ) ) | Hon. Laurie J. Michelson |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Jonathan Spiel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrew Bryant Sommerman
> Sommerman McCaffity & Quesada LLP
> 3811 Turtle Creek Blvd
> Suite 1400
> Dallas, TX 75219

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/LGranger
*Signature of Clerk or Deputy Clerk*

Date of Issuance: June 1, 2018



AO 440 (Rev 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 18-10542
Hon. Laurie J. Michelson

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jonathan Spiel
was received by me on *(date)* 060818

☒ I personally served the summons on the individual at *(place)* ▮▮▮ SW 14TH
APT ▮▮▮ PORTLAND, OR ▮▮▮ on *(date)* 061418 @ 03:19 PM

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____

I declare under penalty of perjury that this information is true.

Date: 061418

Server's signature: [signed] 6-14-18

TOR EAST PROCESS SERVER
LAWYER'S LEGAL SERVICE
P.O. BOX 9007
PORTLAND, OR 97207
PH. 503 224.7911

Additional information regarding attempted service, etc: