Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: (702) 420-2001
ecf@randazza.com

Herschel P. Fink (Reg. # P13427).
JAFFE RAIT HEUER & WEISS, P.C.
Grand Park Centre Building
28 W. Adams Ave., Suite 1500
Detroit, MI 48226
Tel: (313) 800-6500
hfink@jaffelaw.com

*Attorneys for Defendants*
*GotNews, LLC & Chares C. Johnson*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| JOEL VANGEHLUWE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOTNEWS, LLC, et. al.<br><br>Defendants. | Case No.: 2:18-cv-10542-LJM-EAS<br><br>**DEFENDANTS GOTNEWS, LLC AND CHARLES JOHNSON'S MOTION FOR SANCTIONS** |

Defendants Charles Johnson and GotNews, LLC (collectively, "GotNews Defendants"), hereby move this Court to sanction plaintiff pursuant to the Court's inherent authority.

## BRIEF IN SUPPORT OF MOTION FOR SANCTIONS

Mr. Sommerman was well aware that lead counsel for the GotNews Defendants was out of the office due to a serious illness.  (*See* Dkt. No. 43-2.)  Yes, when asked, counsel for the Defense told Mr. Sommerman that he would try to finish the joint report in a week.  Today is three days past that aspirational deadline.  Rather than communicate with the undersigned, Sommerman simply filed the "joint" report himself, despite the Court's order.

The only sanction sought is that the report (Dkt. No. 43) be rejected, and Mr. Sommerman be compelled to comport himself professionally – and when delay is the result of illness, not inattention, he at the very least be required to pick up the telephone before trying to engage in such tactics as he has engaged in today.

The proper joint report can be completed within about 48 hours.

Dated: June 20, 2018    Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Herschel P. Fink (Reg. # P13427).
JAFFE RAIT HEUER & WEISS, P.C.
Grand Park Centre Building
28 W. Adams Ave., Suite 1500
Detroit, MI 48226

*Attorneys for Defendants*
*GotNews, LLC & Chares C. Johnson*

Case No. 2:18-cv-10542-LJM-EAS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                   Respectfully Submitted,

                                                   _/s/_____

                                                 Employee,
                                                 Randazza Legal Group, PLLC