UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOEL VANGEHLUWE, et al.,

Plaintiff(s),

v.

GOTNEWS, LLC, et. al.

Defendant(s).

Case No.　2:18-cv-10542-LJM-EAS

Judge　Hon. Laurie J. Michelson

Magistrate Judge　Mag. Elizabeth A. Stafford

/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, ___GOTNEWS, LLC___

[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ❏　　No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ❏　　No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: June 27, 2018

/s/ Marc J. Randazza
Signature
NV Bar No. 12265, Admitted E.D. Michigan
Bar No.
2764 Lake Sahara Drive, Suite 109
Street Address
Las Vegas, NV 89117
City, State, Zip Code
702-420-2001
Telephone Number
ecf@randazza.com
Primary Email Address