Jeff Rainforth response to complaint in civil action No. 18-10542

Joel Vangheluwe v. GotNews, LLC, et al.

This was the response I sent to Vangheluwe's attorneys:

To whom it concerns.



FILED
JUL 1 0 2018
CLERK'S OFFICE
DETROIT

I was an editor for Freedom Daily. I was self-employed at the time & I was contracted for the job. My sole duties were to check the stories of Freedom Daily's writers for grammatical & spelling errors. I also determined whether articles were properly formatted, as in paragraph & sentence placement. I also trained writers on proper writing skills.

On weekends, I would usually edit about 15 stories a day. The story in question would've been one of them.

I had no control over which stories were chosen to be written & published, and I had no control over the titling of articles. I merely checked for proper English & grammar usage prior to publishing.

In regard to the article in question, I was noted as a contributor as I wrote two of the updates to the story.

The first update was about additional deaths in the incident. The first update read: "3 people have died in the violence." I believe that was in reference to the two law enforcement officials who died when their helicopter crashed.

As for the second update, I was informed by Freedom Daily that the wrong person (Joel Vangheluwe) had been implicated in the attack. The sources that Freedom Daily used had gotten the perpetrator wrong.

I was instructed to write a correction to the story, which I did.

The correction reads in part: "It appears the researchers at /pol/ were wrong, Joel Vangheluwe was not, in fact, the driver. James Alex Fields Jr., a 20-year-old from Maumee, Ohio is under arrest for driving the car into the crowd."

Those two updates are why I was noted as a contributor to the story.

I read the story about what happened to your family after you were incorrectly identified as the perpetrator in the attack. I am deeply sorry that you had to endure what you did. No one should have to experience what you did, regardless of their political ideologies.

I hope your family is recovering well.

Respectfully,

Jeff Rainforth

Jeff Rainforth
1714 H Street #8
Sacramento, CA 95811

SACRAMENTO CA 95
05 JUL 2018 PM 4 L
7/5/18 BK

48226-277594

Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 744
Detroit, MI 48226