# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JOEL VANGHELUWE, ET AL., | § | |
| Plaintiffs, | § | 2:18-cv-10542-LJM-EAS |
| v. | § | Hon. Laurie J. Michelson |
| | § | |
| GOTNEWS, LLC, ET AL., | § | Mag. Elizabeth A. Stafford |
| | § | |
| Defendants. | § | |

## ORDER ON STIPULATION OF DISMISSAL AS TO GAVIN MCINNES ONLY

After considering the stipulation of dismissal as to Gavin McInnes only, it is hereby ORDERED, ADJUDGED and DECREED that all of Plaintiffs' claims against Gavin McInnes only in the above-captioned case are dismissed with prejudice to refiling.

All costs and attorneys' fees are the responsibility of the party incurring same.

Dated: July 23, 2018

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE