UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL VANGHELUWE and
JEROME VANGHELUWE

      Plaintiffs,

v.

GOTNEWS, LLC, et al.,

      Defendants.

Case No. 2:18-cv-10542
Hon. Laurie J. Michelson
Mag. Elizabeth A. Stafford

_____/

| | |
|---|---|
| Andrew B. Sommerman (18842150)<br>Sommerman, McCaffity & Quesada<br>Attorneys for Plaintiffs<br>3811 Turtle Creek Blvd, Ste. 1400<br>Dallas, TX 75219<br>(214) 720-0720<br>andrew@textrial.com | Alex L. Alexopoulos (P40547)<br>Zachary S. Jugan (P80944)<br>Starr, Butler, Alexopoulos & Stoner, PLLC<br>Attorneys for Defendant Jim Hoft<br>20700 Civic Center Drive, Ste. 290<br>Southfield, Michigan 48076<br>(248) 864-4931<br>ala@starrbutler.com<br>zjugan@starrbutler.com |
| Raechel M. Badalamenti (P64361)<br>Kirk, Huth, Lange & Badalamenti<br>Local Counsel for Plaintiffs<br>19500 Hall Road, Ste. 100<br>Clinton Township, MI 48038<br>(586) 412-4900<br>rbadalamenti@khlblaw.com | |

_____/

**STIPULATED ORDER OF DISMISSAL OF DEFENDANT
JIM HOFT ONLY WITH PREJUDICE AND WITHOUT COSTS**

      The parties having stipulated to the dismissal of Defendant Jim Hoft only from

the above referenced cause of action with prejudice and without costs, interest and

1

attorney fees to any party, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendant Jim Hoft only be and is dismissed from the above entitled cause with prejudice and without costs, interest and attorney fees to any party.

Dated: August 15, 2018     s/Laurie J. Michelson
Hon. Laurie J. Michelson
U.S. District Judge


Approved as to form and substance:


  /s/ Andrew B. Sommerman
Andrew B. Sommerman (18842150)
Attorney for Plaintiffs



  /s/ Alex L. Alexopoulos
Alex L. Alexopoulos (P40547)
Attorney for Defendant Jim Hoft