UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joel Vangheluwe and Jerome Vangheluwe,

    *Plaintiffs*,

v.

GotNews, LLC, Freedom Daily, LLC, Charles C. Johnson, Alberto Waisman, Jeffrey Rainforth, Jim Hoft, David Petersen, Jonathan Spiel, Shirley Husar, Eduardo Doitteau, Lita Coulthart-Villanueva, Kenneth Strawn, Patrick Lehnhoff, Beth Eyestone, Lori Twohy, Raechel Hitchye, James Christopher Hastey, Christopher Jones, Connie Comeaux, Gavin McInnes, Richard Weikart, and Paul Nehlen,

    *Defendants*.

Case No. : 2:18-cv-10542-LJM-EAS

Hon. Laurie J. Michelson

Mag. Elizabeth A. Stafford

## JUDGMENT IN A CIVIL ACTION

Pursuant to Plaintiff Joel Vangheluwe's Notice of Acceptance of Defendant Charles Johnson's Offer of Judgment [ECF Doc. 32] (the "Offer of Judgment"), the Clerk of the Court enters this final judgement as a separate document pursuant to Federal Rule of Civil Procedure 58(a).

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff Joel Vangheluwe shall recover from Defendant Charles Johnson the total sum of $4,990,

inclusive of Plaintiff Joel Vangheluwe's costs and attorneys' fees accrued through May 16, 2018, to be paid by Defendant Charles Johnson for all causes of actions and claims for damages set forth in Plaintiffs' Amended Complaint as to Defendant Charles Johnson.

It is further **ORDERED** and **ADJUDGED** that Plaintiff Joel Vangheluwe shall recover from Defendant Charles Johnson post-judgment interest as a rate of 2.44% per annum.

SIGNED THIS _____ day of _____, 2018.

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*