## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Joel Vangheluwe and Jerome Vangheluwe,

     *Plaintiffs*,

   v.

GotNews, LLC, Freedom Daily, LLC, Charles C. Johnson, Alberto Waisman, Jeffrey Rainforth, Jim Hoft, David Petersen, Jonathan Spiel, Shirley Husar, Eduardo Doitteau, Lita Coulthart-Villanueva, Kenneth Strawn, Patrick Lehnhoff, Beth Eyestone, Lori Twohy, Raechel Hitchye, James Christopher Hastey, Christopher Jones, Connie Comeaux, Gavin McInnes, Richard Weikart, and Paul Nehlen,

     *Defendants*.

Case No. :  2:18-cv-10542-LJM-EAS

Hon. Laurie J. Michelson

Mag. Elizabeth A. Stafford

## JUDGMENT IN A CIVIL ACTION

Pursuant to Plaintiff Jerome Vangheluwe's Notice of Acceptance of Defendant Got News, LLC's Offer of Judgment [ECF Doc. 34] (the "Offer of Judgment"), the Clerk of the Court enters this final judgement as a separate document pursuant to Federal Rule of Civil Procedure 58(a).

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff Jerome Vangheluwe shall recover from Defendant Got News, LLC the total sum of $19,990,

inclusive of Plaintiff Jerome Vangheluwe's costs and attorneys' fees accrued through May 16, 2018, to be paid by Defendant Got News, LLC for all causes of actions and claims for damages set forth in Plaintiffs' Amended Complaint as to Defendant Got News, LLC.

It is further **ORDERED** and **ADJUDGED** that Plaintiff Jerome Vangheluwe shall recover from Defendant Got News, LLC post-judgment interest as a rate of 2.44% per annum.

SIGNED THIS _____ day of _____, 2018.

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*