Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: (702) 420-2001
ecf@randazza.com

Herschel P. Fink (Reg. # P13427)
JAFFE RAIT HEUER & WEISS, P.C.
Grand Park Centre Building
28 W. Adams Ave., Suite 1500
Detroit, MI 48226
Tel: (313) 800-6500
hfink@jaffelaw.com

*Attorneys for Defendants*
*GotNews, LLC & Charles C. Johnson*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JOEL VANGEHLUWE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOTNEWS, LLC, et. al.<br><br>Defendants. | Case No.: 2:18-cv-10542-LJM-EAS<br><br>**DEFENDANT GOTNEWS, LLC'S NOTICE OF INTERLOCUTORY APPEAL** |

Notice is hereby given that Defendant Got News, LLC, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the interlocutory Opinion and Order Denying Got News' Motion to Dismiss entered in this action on February 6, 2019. (Dkt. No. 95). "[D]enials of special motions to strike under California's anti-SLAPP statute" are subject to interlocutory appeal under the collateral order doctrine. *Hilton v. Hallmark Cards*, 599 F.3d 894, 900 (9th Cir. 2010).

Dated: February 15, 2019

Respectfully Submitted,

/s/ Herschel P. Fink

Herschel P. Fink (Reg. # P13427).
JAFFE RAIT HEUER & WEISS, P.C.
Grand Park Centre Building
28 W. Adams Ave., Suite 1500
Detroit, MI 48226

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

*Attorneys for Defendants*
*GotNews, LLC & Chares C. Johnson*

RANDAZZA | LEGAL GROUP

Case No. 2:18-cv-10542-LJM-EAS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza