UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JOEL VANGEHLUWE, et al,

     Plaintiffs,

                                 Case No: 2:18-cv-10542LJM-EAS

v.                               Hon. Laurie Michaelson

GOTNEWS, LLC, et.al.

     Defendants.

_____/

## OFFER OF JUDGMENT ON BEHALF OF KENNETH STRAWN

     Without admitting liability, Defendant Kenneth Strawn, files an offer to fully and completely resolve the above-captioned case against him on the basis that he write a letter of retraction to the plaintiff. This is not to be construed as nor to be used as an admission of any liability.

                            ROY, SHECTER & VOCHT, PC

                            /s/ Lynn H. Shecter
                            Attorney for Defendant Kenneth Strawn
                            P24845
                            707 S. Eton St.
                            Birmingham, MI 48009
                            (248) 540-7660
                            shecter@rsmv.com

March 4, 2019