UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joel Vangheluwe and Jerome Vangheluwe,

    *Plaintiffs*,

v.

GotNews, LLC, Freedom Daily, LLC, Charles C. Johnson, Alberto Waisman, Jeffrey Rainforth, Jim Hoft, David Petersen, Jonathan Spiel, Shirley Husar, Eduardo Doitteau, Lita Coulthart-Villanueva, Kenneth Strawn, Patrick Lehnhoff, Beth Eyestone, Lori Twohy, Raechel Hitchye, James Christopher Hastey, Christopher Jones, Connie Comeaux, Gavin McInnes, Richard Weikart, and Paul Nehlen,

    *Defendants*.

Case No. : 2:18-cv-10542-LJM-EAS

Hon. Laurie J. Michelson

Mag. Elizabeth A. Stafford

## PLAINTIFFS' RESPONSE TO DEFENDANT'S OFFER OF JUDGMENT

COMES NOW Plaintiff Joel Vangheluwe, who in response to the Offer of Judgment previously filed by Defendant Kenneth Strawn, hereby formally rejects Defendant's Offer of Judgment of a "letter of retraction to the Plaintiff." [Doc. 100].

Federal Rule of Civil Procedure 68 provides that, "At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued." Fed. R.

1

Civ. P. 68(a). The offer of judgment proposed by Defendant Strawn includes neither the required specified terms, nor the costs accrued. Additionally, the Rule provides that, "If the judgment that the offeree finally obtains is not more favorable than the unaccepted offer, the offeree must pay the costs incurred after the offer was made." Fed. R. Civ. P. 68(d). Plaintiff foresees no scenario in which he could receive a judgment less than zero dollars.

For these reasons, Plaintiff Joel Vangheluwe formally rejects Defendant Strawn's offer of judgment.

Respectfully submitted,

SOMMERMAN, McCAFFITY,
QUESADA & GEISLER, L.L.P.

　/s/　*Andrew B. Sommerman*
Andrew B. Sommerman
ATTORNEYS FOR PLAINTIFFS
Texas State Bar No. 18842150
3811 Turtle Creek Boulevard,
Suite 1400
Dallas, Texas 75219
214/720-0720 (Telephone)
214/720-0184 (Facsimile)
andrew@textrial.com

**AND**

KIRK, HUTH, LANGE
& BADALAMENTI, PLC

Raechel M. Badalamenti (P64361)
CO-COUNSEL FOR PLAINTIFFS
19500 Hall Road, Suite 100
Clinton Township, MI 48038
(586) 412-4900　Fax: (586) 412-4949
rbadalamenti@khlblaw.com

Dated: March 15, 2019

## CERTIFICATE OF SERVICE

      The undersigned certifies that on March 15, 2019, the foregoing Request was served via ECF on counsel of record for defendants who have appeared in this case, as well as to the following ProSe Defendants via First Class Mail:

Lita Coulthart-Villanueva
███ Jeffries St.
Anderson, CA ████

Jeffrey Rainforth
███ H St., Apt. █
Sacramento, CA ████

                                                  /s/  *Andrew B. Sommerman*