Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: (702) 420-2001
ecf@randazza.com

Herschel P. Fink (Reg. # P13427).
JAFFE RAIT HEUER & WEISS, P.C.
Grand Park Centre Building
28 W. Adams Ave., Suite 1500
Detroit, MI 48226
Tel: (313) 800-6500
hfink@jaffelaw.com

*Attorneys for Defendants*
*GotNews, LLC & Charles C. Johnson*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| JOEL VANGEHLUWE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOTNEWS, LLC, et. al. <br><br> Defendants. | Case No.: 2:18-cv-10542-LJM-EAS <br><br> **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR GOTNEWS, LLC.** |

Defendant GotNews, LLC, has ordered the undersigned counsel, Marc Randazza and Herschel Fink, to withdraw from representation and to discontinue any further action on its behalf. *See* **Exhibit 1**. There are presently deadlines and responsibilities in this matter, and GotNews has forbidden the undersigned from participating in them.

Therefore, pursuant to LR 83.25(b)(2), undersigned counsel move to withdraw their appearances on behalf of Defendant Got News, LLC. GotNews has informed the undersigned that it will be filing a petition under Chapter 7 of the bankruptcy code, thereby staying the litigation against it. Accordingly, causing either GotNews or the plaintiff, Joel Vangheluwe, to expend any further resources in this litigation is not in the interest of judicial economy.

GotNews is aware that if it does not ultimately declare bankruptcy, it will be required to appear in this Court through separate counsel, as the company cannot represent itself *pro se*.

The undersigned remain counsel to Charles Johnson, personally.

WHEREFORE Marc J. Randazza and Herschel Fink respectfully request this Honorable Court permit them to withdraw their appearances for GotNews, LLC.

Dated: April 11, 2019　　　　Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Herschel P. Fink (Reg. # P13427).
JAFFE RAIT HEUER & WEISS, P.C.
Grand Park Centre Building
28 W. Adams Ave., Suite 1500
Detroit, MI 48226

*Attorneys for Defendants*
*GotNews, LLC & Charles C. Johnson*

Case No. 2:18-cv-10542-LJM-EAS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza