# **EXHIBIT 1**

Declaration of Charles Johnson

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JOEL VANGEHLUWE, et al., | Case No.: 2:18-cv-10542-LJM-EAS |
| Plaintiffs, | **DECLARATION OF CHARLES JOHNSON** |
| v. | |
| GOTNEWS, LLC, et. al. | |
| Defendants. | |

I, Charles C. Johnson, declare:

1. I am over 18 years of age, and if called as a witness, could and would testify competently thereto.

2. I am the manager of Defendant Got News, LLC, a California limited liability company.

3. This declaration is submitted in support of the Motion to Withdraw as Counsel of Record for Got News, LLC, by the presently appearing attorneys, Marc J. Randazza and Herschel Fink.

4. I have terminated representation by Randazza Legal Group, PLLC and Jaffe Rait Heuer & Weiss, P.C., on behalf of Got News, LLC.

5. I have terminated this representation as the company is no longer a going concern and it is my intent that Got News will file a petition under Chapter 7 of the Bankruptcy Code, thereby rendering further representation in this Court unnecessary.

6. I have ordered both Mr. Randazza and Mr. Fink to conduct no further actions on behalf of GotNews with the exception of transmitting a single

offer to resolve this matter prior to the filing of bankruptcy and, if necessary, to assist Got News' bankruptcy counsel with the filing of the Chapter 7 petition.

7. I am aware that if such a petition is not filed, the company will be required to appear in this Court through counsel as it cannot represent itself. However, I can foresee no reason that Got News will not file a Chapter 7 petition. I declare under penalty of perjury the foregoing is true and correct.

Executed on: April 4/11/2019, 2019

DocuSigned by:
/s/ Charles Johnson
Charles Johnson
Manager of GotNews, LLC