Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: (702) 420-2001
ecf@randazza.com

Herschel P. Fink (Reg. # P13427).
JAFFE RAIT HEUER & WEISS, P.C.
Grand Park Centre Building
28 W. Adams Ave., Suite 1500
Detroit, MI 48226
Tel: (313) 800-6500
hfink@jaffelaw.com

*Attorneys for Defendants
Got News, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| JOEL VANGEHLUWE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOTNEWS, LLC, et. al. <br><br> Defendants. | Case No.: 2:18-cv-10542-LJM-EAS <br><br> **NOTICE OF BANKRUPTCY** |

    NOTICE IS HEREBY GIVEN that Defendant, Got News, LLC, filed a petition for relief under Chapter 7, of the United States Code on April 24, 2019, in the United States Bankruptcy Court for the Central District of California, Case number 2:19-bk-14693-BR.  A copy of the Notice of Chapter 7 Bankruptcy Case is attached hereto.

Dated: April 25, 2019

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Herschel P. Fink (Reg. # P13427).
JAFFE RAIT HEUER & WEISS, P.C.
Grand Park Centre Building
28 W. Adams Ave., Suite 1500
Detroit, MI 48226

*Attorneys for Defendants*
*Got News, LLC*

Case No. 2:18-cv-10542-LJM-EAS

<b><u>CERTIFICATE OF SERVICE</u></b>

I HEREBY CERTIFY that on April 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

                Respectfully Submitted,

                <u>/s/ Marc J. Randazza</u>
                Marc J. Randazza