UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL VANGHELUWE and
JEROME VANGHELUWE,

    Plaintiffs,

v.

GOT NEWS, LLC, *et al.*,

    Defendants.

Case No. 18-cv-10542
Honorable Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

**ORDER ADJOURNING HEARING ON MOTION FOR WITHDRAWAL OF COUNSEL [107] AND RESETTING SCHEDULING CONFERENCE**

On March 15, 2019, this Court entered an amended notice of a scheduling conference. The notice provided that a telephone scheduling conference would be held on April 17, 2019 at 11:00 a.m. (ECF No. 103.) That notice was served electronically on counsel for Joel Vangheluwe, Jerome Vangheluwe, Got News, Charles Johnson, and Kenneth Strawn. It was also served via mail on Lita Coulthart-Villanueva and Jeffrey Rainforth, both of whom are proceeding pro se in this case.

On April 11, 2019, counsel for Got News filed a motion to withdraw their representation. (ECF No. 107.) This Court set a hearing on the motion for April 26, 2019. (ECF No. 109.) And because this Court expected counsel for the Vangheluwes and Got News to appear in person for that hearing, this Court moved the scheduling conference to the same day as the hearing (April 26). Due to inadvertence, Coulthart-Villanueva and Rainforth might not have received notice of the change in time.

Just today, the day before the April 26, 2019 hearing and (rescheduled) telephone scheduling conference, Got News filed a suggestion of bankruptcy. (ECF No. 110.) It appears that Got News filed for Chapter 7 bankruptcy a couple days ago. (*See* ECF No. 110.) As such, it appears

that Joel Vangheluwe's claims against Got News in this case are now stayed. *See* 11 U.S.C. § 362(a)(1). (It is unclear whether Jerome Vangheluwe has completely settled with Got News; it seems so (*see* ECF No. 34); but if not, Jerome's claims would likewise be stayed.)

Because of the suggestion of bankruptcy and the possible issue with notice to Coulthart-Villanueva and Rainforth, the Court orders as follows. Until this Court is informed otherwise by counsel in this case, this case is STAYED insofar as it involves Got News. This includes the pending motion for withdrawal. The hearing on the motion to withdrawal is adjourned without date. A telephone scheduling conference is reset for May 10, 2019 at 2:00 p.m. By May 8, 2019, Coulthart-Villanueva and Rainforth are to provide the Court's case manager, William Barkholz, with their telephone numbers. Mr. Barkholz can be reached at (313) 234-5095 or william_barkholz@mied.uscourts.gov. The Court expects the following people to appear at the telephone scheduling conference: counsel for the Vangheluwes, counsel for Charles Johnson (unless all agree that all claims against Johnson have been settled), counsel for Kenneth Strawn, Coulthart-Villanueva, and Rainforth. Attached to this order is this Court's understanding of the status of each defendant. If any party believes this Court's understanding is incorrect, they should notify the Court's case manager, Mr. Barkholz, immediately so that all parties can attend the conference on May 10, 2019 at 2:00 p.m.

SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Date: April 25, 2019

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing document was served upon counsel of record on April 25, 2019, using the Court's ECF system.

<u>s/William Barkholz</u>
Case Manager to
Honorable Laurie J. Michelson

| **Defendant** | **Status as of April 25, 2019** |
|---|---|
| *Alberto Waisman* | *Dismissed via stipulation* |
| *Beth Eyestone* | *Dismissed via stipulation* |
| Charles C Johnson | Possible settlement with both Joel and Jerome Vangheluwe |
| *Christopher Jones* | *Dismissed via stipulation* |
| Connie Comeaux | Default Entered |
| David Petersen | Default Entered |
| Eduardo Doitteau | Default Entered |
| Freedom Daily, LLC | Default Entered |
| *Gavin McInnes* | *Dismissed via stipulation* |
| Got News, LLC | Stayed in light of bankruptcy filing; possible settlement with Jerome Vangheluwe |
| James Christopher Hastey | Default Entered |
| Jeffrey Rainforth | Might have answered Complaint (*See* ECF No. 56) |
| *Jim Hoft* | *Dismissed via stipulation* |
| Jonathan Spiel | Default Entered |
| Kenneth Strawn | MTD Denied (ECF No. 96) |
| Lita Coulthart-Villanueva | MTD Denied (ECF No. 94) |
| *Lori Twohy* | *Dismissed via stipulation* |
| *Patrick Lehnhoff* | *Dismissed via stipulation* |
| *Paul Nehlen* | *MTD Granted (ECF No. 94)* |
| *Raechel Hitchye* | *Dismissed via stipulation* |
| *Richard Weikart* | *MTD Granted (ECF No. 94)* |
| Shirley Husar | Default Entered |