# 4505.18 Prohibited acts.

2:2018cv10542

(A) No person shall do any of the following:

(1) Operate in this state a motor vehicle for which a certificate of title is required without having that certificate in accordance with this chapter or, if a physical certificate of title has not been issued for a motor vehicle, operate the motor vehicle in this state knowing that the ownership information relating to the vehicle has not been entered into the automated title processing system by a clerk of a court of common pleas;

(2) Display or display for sale or sell as a dealer or acting on behalf of a dealer, a motor vehicle without having obtained a manufacturer's or importer's certificate, a certificate of title, or an assignment of a certificate of title for it as provided in this chapter;

(3) Fail to surrender any certificate of title or any certificate of registration or license plates upon cancellation of the same by the registrar of motor vehicles and notice of the cancellation as prescribed in this chapter;

(4) Fail to surrender the certificate of title to a clerk of a court of common pleas as provided in this chapter in case of the destruction or dismantling or change of a motor vehicle in such respect that it is not the motor vehicle described in the certificate of title;

(5) Violate any rules adopted pursuant to this chapter;

(6) Except as otherwise provided in this chapter and Chapter 4517. of the Revised Code, sell at wholesale a motor vehicle the ownership of which is not evidenced by an Ohio certificate of title, or the current certificate of title issued for the motor vehicle, or the manufacturer's certificate of origin, and all title assignments that evidence the seller's ownership of the motor vehicle, and an odometer disclosure statement that complies with section 4505.06 of the Revised Code and subchapter IV of the "Motor Vehicle Information and Cost Savings Act," 86 Stat. 961 (1972), 15 U.S.C. 1981 ;

(7) Operate in this state a motor vehicle knowing that the certificate of title to the vehicle or ownership of the vehicle as otherwise reflected in the automated title processing system has been canceled.

(B) This section does not apply to persons engaged in the business of warehousing or transporting motor vehicles for the purpose of salvage disposition.

(C) Whoever violates this section shall be fined not more than two hundred dollars, imprisoned not more than ninety days, or both.

Effective Date: 01-11-2004.

2:2018cv10542

F I L E D
MAY 22 2019
CLERK'S OFFICE
DETROIT

🔒 https://members.searchquarry.com/c 

  

 **License Plate/VIN Search**

| | |
|---|---|
| Owner Name: | JEROME VANGHELUWE |
| Address: | 8200 35 MILE RD BRUCE T WP MI 48065 |
| Year/Make/Model: | 2010 DODGE CHALLENGER |
| VIN: | 2B3CJ4DV8AH111921 |

## Locating vehicle information for 2010 DODGE CHALLENGER with VIN 2B3CJ4DV8AH111921

 **2010 Dodge VIN: 2b3cj4dv8ah111921**

## Vehicle Overview


 



Our top match for **Jerome Vangheluwe** is an individual named **Jerome Paul Vangheluwe**, 51 years old, related to Lynne Marie Frantz, Gjelosh G Gjekaj, Prenta Gjekaj, Theresa Louise Schneider, Cherie Lee Vangheluwe, Mark Roland Vangheluwe, Mary L Vangheluwe, Roger Gust Vangheluwe, and Julia Mae Vangheluwe Brown. We found Jerome in Bruce Twp, MI, 48065.

| | |
|---|---|
| **Name** | Jerome Paul Vangheluwe |
| **Age** | 51 |
| **Locations** | Bruce Twp, Michigan 48065<br>Washington, Michigan 48095<br>Blacklick, Ohio 43004 |
| **Relatives** | Lynne Marie Frantz<br>Gjelosh G and Prenta Gjekaj<br>Theresa Louise Schneider<br>Cherie Lee, Mark Roland, Mary L. and Roger Gust Vangheluwe<br>Julia Mae Vangheluwe Brown |
| **Telephone Number(s)** | -3856<br>-0320<br>-4588<br>-4588 |

**VIEW RECORD**





# MICHIGAN LEGISLATURE

Michigan Compiled Laws Complete Through PA 12 of 2019
House: Adjourned until Tuesday, May 21, 2019 1:30:00 PM
Senate: Adjourned until Tuesday, May 21, 2019 10:00:00 AM

**Home**   **Register**   **Why Register?**   **Login**   **New!**   **Help**

NAVIGATE SECTIONS

MCL Chapter Index
- Chapter 257
- Act 300 of 1949
- 300-1949-II
- 300-1949-II-TRANSFERS-OF-TITLE-OR-INTEREST
- Section 257.233

Navigate Search Results

**Legislature**

Bills
Appropriation Bills
Calendars
Committees
Committee Bill Records
Committee Meetings
Concurrent Resolutions
Initiatives/Alternative Measures
Joint Resolutions
Journals
Legislators
Public Act (Signed Bills)
Resolutions
Rules
Session Schedules
Search - Basic
Search - Advanced

**Laws**

Basic MCL Search
Advanced MCL Search
Public Act MCL Search
Michigan Constitution
Chapter Index
Executive Orders
Executive Reorgs
Historical Documents
MCL Tables
Often Req Laws
Req Outdated Acts

## Section 257.233

friendly link   Printer Friendly

**Jump to the first occurrence of "plate"**

### MICHIGAN VEHICLE CODE (EXCERPT)
### Act 300 of 1949

**257.233 Transfer or assignment of title to, or interest in, registered vehicle; disposition of plates; application for new registration certificate; penalty; indorsement on certificate of title; effective date of transfer; submission of secured receipt.**

Sec. 233.

(1) If the owner of a registered vehicle transfers or assigns the title or interest in the vehicle, the registration plates issued for the vehicle shall be removed and transferred to the owner's spouse, mother, father, sister, brother, or child to whom title or interest in the vehicle is transferred, or retained and preserved by the owner for transfer to another vehicle upon application and payment of the required fees. A person shall not transfer the plates to a vehicle without applying for a proper certificate of registration describing the vehicle to which the plates are being transferred, except as provided in section 217(4). If the owner of a registered vehicle acquires another vehicle without transferring or assigning the title or interest in the vehicle for which the plates were issued, the owner may have the plates transferred to the subsequently acquired vehicle upon application and payment of the required fees.

(2) A person shall not purchase or lease another vehicle or an interest in another vehicle with the intent to circumvent the restrictions created by immobilization of a vehicle under this act.

(3) A person shall not transfer or attempt to transfer ownership or right of possession of a vehicle subject to forfeiture or ordered forfeited under this act with the intent to avoid the forfeiture of that vehicle.

(4) During the time a vehicle is subject to a temporary registration plate, vehicle forfeiture, immobilization, registration denial, or the period from adjudication to immobilization or forfeiture under this act, a person shall not without a court order transfer or assign the title or an interest in the vehicle to a person who is not subject to payment of a use tax under section 3 of the use tax act, 1937 PA 94, MCL 205.93.

(5) A person who violates subsection (2), (3), or (4) is guilty of a misdemeanor punishable by imprisonment for not more than 1 year or a fine of not more than $1,000.00, or both.

(6) A person whose operator's or chauffeur's license is suspended, revoked, or denied for, or who has never been licensed by this state and was convicted for,

**More**

Archives
Email Notifications
Legislative Directory
Michigan Manuals
Michigan Color Themes
Publications
Related Sites

**Syndication** 

Bills
Meetings
Laws

**Recently Viewed**

mcl 257 233
mcl chap257

a third or subsequent violation of section 625 or 625m, of a local ordinance substantially corresponding to section 625 or 625m, or of a law of another state substantially corresponding to section 625 or 625m, or for a fourth or subsequent suspension or revocation under section 904 shall not purchase, lease, or otherwise acquire a motor vehicle during the suspension, revocation, or denial period. A person who violates this subsection is guilty of a misdemeanor punishable by imprisonment for not more than 93 days or a fine of not more than $100.00, or both.

(7) If the assigned holder of registration plates applies for a new registration certificate, the application shall be accompanied either by the old registration certificate or by a certificate of title showing the person to be the assigned holder of the registration plates for which the old registration certificate had been issued. A person who fails or neglects to fulfill the requirements of this subsection is guilty of a misdemeanor punishable by imprisonment for not more than 93 days or a fine of not more than $100.00, or both.

(8) The owner shall indorse on the certificate of title as required by the secretary of state an assignment of the title with warranty of title in the form printed on the certificate with a statement of all security interests in the vehicle or in accessories on the vehicle and deliver or cause the certificate to be mailed or delivered to the purchaser or transferee at the time of the delivery to the purchaser or transferee of the vehicle. The certificate shall show the payment or satisfaction of any security interest as shown on the original title. However, as provided under section 238, the secretary of state is not required to issue a title to the owner of a vehicle if the title is subject to a security interest.

(9) Upon the delivery of a motor vehicle and the transfer, sale, or assignment of the title or interest in a motor vehicle by a person, including a dealer, the effective date of the transfer of title or interest in the vehicle is the date of signature on either the application for title or the assignment of the certificate of title by the purchaser, transferee, or assignee.

(10) A secured receipt that is in a form approved by the department and produced at the time the secured interest is presented with payment in satisfaction of the security interest may be submitted to the department in lieu of the title for purposes of transferring ownership in the vehicle.

**History:** 1949, Act 300, Eff. Sept. 23, 1949 ;-- Am. 1957, Act 90, Eff. Sept. 27, 1957 ;-- Am. 1958, Act 104, Imd. Eff. Apr. 14, 1958 ;-- Am. 1959, Act 250, Imd. Eff. Aug. 21, 1959 ;-- Am. 1964, Act 51, Eff. Aug. 28, 1964 ;-- Am. 1964, Act 248, Eff. Jan. 1, 1965 ;-- Am. 1973, Act 190, Imd. Eff. Jan. 8, 1974 ;-- Am. 1974, Act 111, Imd. Eff. May 21, 1974 ;-- Am. 1980, Act 398, Eff. Mar. 31, 1981 ;-- Am. 1998, Act 346, Eff. Oct. 1, 1999 ;-- Am. 1999, Act 73, Eff. Oct. 1, 1999 ;-- Am. 1999, Act 267, Imd. Eff. Dec. 29, 1999 ;-- Am. 2005, Act 317, Imd. Eff. Dec. 27, 2005 ;-- Am. 2006, Act 599, Imd. Eff. Jan. 3, 2007 ;-- Am. 2014, Act 290, Eff. Mar. 31, 2015

© 2017 Legislative Council, State of Michigan

**Acceptable Use Policy**    **Privacy Policy**    **Copyright Infringement**    **Comment Form**
**Legislative Directory**

The Michigan Legislature Website is a free service of the Legislative Service Bureau in cooperation with the Michigan Legislative Council, the Michigan House of Representatives, the Michigan Senate, and the Library of Michigan. The information obtained from this site is not intended to replace official versions of that information and is subject to revision. The Legislature presents this information, without warranties, express or implied,

regarding the accuracy of the information, timeliness, or completeness. If you believe the information is inaccurate, out-of-date, or incomplete or if you have problems accessing or reading the information, please send your concerns to the appropriate agency using the online Comment Form in the bar above this text.



