UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOEL VANGHELUWE and<br>JEROME VANGHELUWE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GOT NEWS, LLC, *et al.*,<br><br>　　　　Defendants. | Case No. 18-cv-10542<br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER FOR DEFENDANTS GOT NEWS AND JOHNSON TO PROVIDE STATUS

The Court has scheduled a telephone status conference for August 7, 2019 at 2:00 p.m. The Court expects all defendants who have appeared in the case to participate. This includes at least Defendants Jeffrey Rainforth, Kenneth Strawn, and Lita Coulthart-Villanueva.

It may be the case that Defendants Got News and Charles Johnson do not need to appear on the call. Although not clear, Plaintiffs may have settled their claims with Johnson. (*See* ECF No. 32, 33.) If so, the parties are to submit papers dismissing Johnson immediately. If not, then counsel for Johnson should appear on the call. As for Got News, counsel for Got News should immediately inform the Court whether a bankruptcy stay is in place such that Plaintiffs are precluded from pursing their claims at this time against Got News. (It may also be the case that Jerome, but not Joel, has settled his claims against Got News. (ECF No. 34.) If so, proper dismissal papers should be filed immediately.)

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　s/Laurie J. Michelson
　　　　　　　　　　　　　　　　　　　　LAURIE J. MICHELSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date: August 1, 2019

2

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, August 1, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

                                            s/William Barkholz
                                            Case Manager