# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JOEL VANGHELUWE, ET AL., | § | |
| | § | 2:18-cv-10542-LJM-EAS |
| Plaintiffs, | § | |
| | § | |
| v. | § | Hon. Laurie J. Michelson |
| | § | |
| GOTNEWS, LLC, ET AL., | § | |
| | § | Mag. Elizabeth A. Stafford |
| Defendants. | § | |

## UNOPPOSED MOTION TO DISMISS
## LITA COULTHART-VILLANUEVA WITH PREJUDICE

COME NOW, Plaintiffs Joel and Jerome Vangheluwe in the above-referenced suit and file this Unopposed Motion to Dismiss Lita Coulthart-Villanueva with Prejudice.

Plaintiffs and Defendant Lita Coulthart-Villanueva have reached a settlement. Plaintiffs no longer desire to pursue their claims that they raised in this matter against Defendant Lita Coulthart-Villanueva.

Plaintiffs and Defendant Lita Coulthart-Villanueva further agree that each side will bear its own attorneys' fees and costs.

For these reasons, Plaintiffs and Defendant Lita Coulthart-Villanueva request this Court dismiss, with prejudice, all of the claims that Plaintiffs raised or could have raised against Defendant Lita Coulthart-Villanueva in the above-captioned cause.

        Respectfully submitted,

        SOMMERMAN, McCAFFITY,
        QUESADA & GEISLER, L.L.P.

        **/s/  *Andrew B. Sommerman***
        Andrew B. Sommerman
        Texas State Bar No. 18842150
        3811 Turtle Creek Boulevard,
        Suite 1400
        Dallas, Texas  75219
        andrew@textrial.com

        **AND**
        KIRK, HUTH, LANGE
        & BADALAMENTI, PLC

        Raechel M. Badalamenti (P64361)
        CO-COUNSEL FOR PLAINTIFFS
        19500 Hall Road, Suite 100
        Clinton Township, MI  48038
        (586) 412-4900    Fax:  (586) 412-4949

Dated:  August 6, 2019        rbadalamenti@khlblaw.com


## CERTIFICATE OF SERVICE

    The undersigned certifies that on August 6, 2019, the foregoing was served via ECF on counsel of record who have appeared in the case.

    Furthermore, on August 6, 2019, I affirm that I placed true and accurate copies of this document in First Class postage-prepaid, properly addressed, and sealed envelopes which were addressed to:  Lita Coulthart-Villanueva, ▮ Jeffries St., Anderson, CA ▮ and Jeffrey Rainforth, ▮ H. St., Apt. ▮, Sacramento, CA ▮.

        /s/ Andrew B. Sommerman
        Andrew B. Sommerman