UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOEL VANGHELUWE, ET AL., | § § | |
| Plaintiffs, | § § | 2:18-cv-10542-LJM-EAS |
| v. | § § | Hon. Laurie J. Michelson |
| GOTNEWS, LLC, ET AL., | § § | |
| Defendants. | § § | Mag. Elizabeth A. Stafford |

**ORDER TO DISMISS**
**<u>LITA COULTHART-VILLANUEVA WITH PREJUDICE</u>**

On this day came to be heard the request of Plaintiffs Joel and Jerome Vangheluwe that the claims asserted by Plaintiffs against Defendant Lita Coulthart-Villanueva in the above-styled and numbered cause be dismissed with prejudice to the re-filing of same for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between Plaintiffs and Defendant Lita Coulthart-Villanueva.

The Court is of the opinion and finds that such request should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the above-styled and numbered cause against Defendant Lita-Coulthart-Villanueva is hereby dismissed with prejudice to the re-filing of same or any part thereof.

All costs of court are taxed against the party incurred same.  All relief not

expressly granted herein is denied.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Date: August 7, 2019

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, August 7, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

s/William Barkholz
Case Manager