UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOEL VANGEHLUWE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOTNEWS, LLC, et. al.<br><br>Defendants. | Case No.: 2:18-cv-10542-LJM-EAS<br><br>**ORDER** |

Having reviewed the Motion to Withdraw as Counsel of Record for GotNews, LLC (Doc. # 107), noting no Opposition filed, and good cause appearing, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record for GotNews, LLC submitted by Marc J. Randazza and Jay M. Wolman of Randazza Legal Group, PLLC and Herschel P. Fink of Jaffe Rait Heuer & Weiss, P.C. is hereby GRANTED.

It is ADDITIONALLY ORDERED that:

1.   Marc J. Randazza, Jay M. Wolman, Herschel P. Fink and the law firms of Randazza Legal Group, PLLC and Jaffe Rait Heuer & Weiss, P.C. are hereby excused as counsel of record in this action;

2.   Excused counsel shall serve a copy of this Order on Defendant GotNews, LLC;

3.   From this date forward, communications to Defendant GotNews, LLC may be directed to:

> John N. Tedford
> Danning, Gill, Diamond & Kollitz, LLP
> 1900 Avenue of the Stars
> Eleventh Floor

Los Angeles, CA 90067
310.277.0077
<jtedford@dgdk.com>

And Defendant's last known mailing address is:

GotNews, LLC
5812 Temple City Blvd, #402
Temple City, CA 91780; and

4.   GotNews, LLC shall have 30 days to obtain new counsel after the stay imposed by the United States Bankruptcy Court for the Central District of California is lifted.

Date: August 9, 2019                        s/Laurie J. Michelson
                                            United States District Judge

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: (702) 420-2001
ecf@randazza.com

Herschel P. Fink (Reg. # P13427).
JAFFE RAIT HEUER & WEISS, P.C.
Grand Park Centre Building
28 W. Adams Ave., Suite 1500
Detroit, MI 48226
Tel: (313) 800-6500
hfink@jaffelaw.com

Attorneys for Defendants
GotNews, LLC & Chares C. Johnson