Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: (702) 420-2001
ecf@randazza.com

Herschel P. Fink (Reg. # P13427).
JAFFE RAIT HEUER & WEISS, P.C.
Grand Park Centre Building
28 W. Adams Ave., Suite 1500
Detroit, MI 48226
Tel: (313) 800-6500
hfink@jaffelaw.com

*Attorneys for Defendants
GotNews, LLC & Charles C. Johnson*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| JOEL VANGHELUWE, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GOTNEWS, LLC, et al.<br><br>　　　　Defendants. | Case No.: 2:18-cv-10542-LJM-EAS<br><br>**NOTICE AND CERTIFICATE OF SERVICE** |

## **NOTICE AND CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that pursuant to the court's Order granting the Motion to Withdraw as Counsel of Record for GotNews, LLC submitted by Marc J. Randazza and Jay M. Wolman of Randazza Legal Group, PLLC and Herschel P. Fink of Jaffe Rait Heuer & Weiss, P.C., that a true and correct copy of that Order, attached hereto as **Exhibit A**, is being served upon Defendant Got News, LLC via U.S. mail at the following addresses:

GotNews, LLC
5812 Temple City Blvd, #402
Temple City, CA 91780;

John N. Tedford
Danning, Gill, Diamond & Kollitz, LLP
1900 Avenue of the Stars
Eleventh Floor
Los Angeles, CA 90067

Dated: August 9, 2019           Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Herschel P. Fink (Reg. # P13427).
JAFFE RAIT HEUER & WEISS, P.C.
Grand Park Centre Building
28 W. Adams Ave., Suite 1500
Detroit, MI 48226

*Attorneys for Defendants*
*GotNews, LLC & Charles C. Johnson*

Case No. 2:18-cv-10542-LJM-EAS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF and upon the Defendant via U.S. Mail at the following addresses:

GotNews, LLC
5812 Temple City Blvd, #402
Temple City, CA 91780;

John N. Tedford
Danning, Gill, Diamond & Kollitz, LLP
1900 Avenue of the Stars
Eleventh Floor
Los Angeles, CA 90067

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza