# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Joel Vangheluwe and Jerome Vangheluwe,<br><br>*Plaintiffs*,<br><br>v.<br><br>GotNews, LLC, Freedom Daily, LLC, Charles C. Johnson, Jeffrey Rainforth, David Petersen, Jonathan Spiel, Shirley Husar, Eduardo Doitteau, Lita Coulthart-Villanueva, Kenneth Strawn, James Christopher Hastey, Connie Comeaux,<br><br>*Defendants*. | Case No. :  2:18-cv-10542-LJM-EAS<br><br>Hon. Laurie J. Michelson<br><br>Mag. Elizabeth A. Stafford<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

   NOW COMES Plaintiffs Joel Vangheluwe and Jerome Vangheluwe, and file this Notice of Settlement.

### Case Settled

   1.   This case has settled.

   2.   Plaintiff anticipates the parties will file a Stipulation of Dismissal within the next week in accordance with the terms of the settlement agreement.

        Respectfully submitted,

        SOMMERMAN, McCAFFITY
        QUESADA, & GEISLER, L.L.P.

        **/s/ *Andrew B. Sommerman***
        Andrew B. Sommerman
        ATTORNEYS FOR PLAINTIFFS
        Texas State Bar No. 18842150
        3811 Turtle Creek Boulevard,
        Suite 1400
        Dallas, Texas  75219
        214/720-0720 (Telephone)
        214/720-0184 (Facsimile)
        andrew@textrial.com

        **AND**

        KIRK, HUTH, LANGE
        & BADALAMENTI, PLC

        Raechel M. Badalamenti (P64361)
        CO-COUNSEL FOR PLAINTIFFS
        19500 Hall Road, Suite 100
        Clinton Township, MI  48038
        (586) 412-4900    Fax:  (586) 412-4949

Dated:  September 12, 2019        rbadalamenti@khlblaw.com

## CERTIFICATE OF SERVICE

  The undersigned certifies that on September 12, 2019, the foregoing Request was served via ECF on counsel of record for defendants who have appeared in this case, as well as to the following ProSe Defendants via First Class Mail:

Jeffrey Rainforth
███ H St., Apt. █
Sacramento, CA ████

/s/ *Andrew B. Sommerman*