UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Joel Vangheluwe and Jerome Vangheluwe,<br><br>   *Plaintiffs*,<br><br> v.<br><br>GotNews, LLC, Freedom Daily, LLC, Charles C. Johnson, Jeffrey Rainforth, David Petersen, Jonathan Spiel, Shirley Husar, Eduardo Doitteau, Lita Coulthart-Villanueva, Kenneth Strawn, James Christopher Hastey, Connie Comeaux,<br><br>   *Defendants*. | Case No. : 2:18-cv-10542-LJM-EAS<br><br>Hon. Laurie J. Michelson<br><br>Mag. Elizabeth A. Stafford<br><br><br>**DEMAND FOR JURY TRIAL** |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CHARLES JOHNSON ONLY

TO THE HONORABLE JUDGE OF SAID COURT:

  Plaintiffs Joel Vangheluwe and Jerome Vangheluwe and Defendant Charles Johnson, by and through their counsel, have announced to the Court that the matters in controversy between them have been settled. In accordance with the Settlement Agreement and General Mutual Release executed by Joel Vangheluwe, Jerome Vangheluwe, and Charles Johnson,

IT IS HEREBY ORDERED that all causes of action asserted by Joel Vangheluwe and Jerome Vangheluwe against Charles Johnson only are DISMISSED WITH PREJUDICE;

IT IS FURTHER ORDERED that all costs and attorney's fees are assessed against the party incurring them.

Date: September 17, 2019      s/Laurie J. Michelson
     United States District Judge

**AGREED:**

| **SOMMERMAN, McCAFFITY, QUESADA & GEISLER, L.L.P.** | **RANDAZZA LEGAL GROUP, PLLC** |
|---|---|
| /s/ Andrew B. Sommerman <br> Andrew B. Sommerman <br> 3811 Turtle Creek Blvd., Ste. 1400 <br> Dallas, TX 75219 <br> (T): (214) 720-0720 <br> (F): (214) 720-0184 <br> (E): andrew@textrial.com <br> *Attorneys for Jerome Vangheluwe and Joel Vangheluwe* | /s/ Marc J. Randazza <br> Marc J. Randazza <br> 2764 Lake Sahara Dr., Suite 109 <br> Las Vegas, NV 89117 <br> (T): (702) 420-2001 <br> (E): ecf@randazza.com <br><br> *Attorney for Charles Johnson* |