Case 2:18-cv-10542-LJM-EAS  ECF No. 126  filed 12/04/19  PageID.1673  Page 1 of 1


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL VANGHELUWE, et al,

     Plaintiff,

v.

GOT NEWS, LLC, et al,

     Defendant.

Case No. 18-10542
Honorable Laurie J. Michelson
Magistrate Elizabeth A. Stafford

## NOTICE OF TELEPHONE CONFERENCE

On Friday, December 13, 2019 at 11:00 a.m., the Court will hold a telephone status conference in this matter between Plaintiffs' counsel and Defendant Kenneth Strawn's counsel.

To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (866) 434-5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. If possible, please refrain from participating in the conference on a cell phone.

Dated:  December 4, 2019

                                   s/Erica Karhoff
                                   Case Manager to
                                   Honorable Laurie J. Michelson