IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOEL VANGHELUWE, ET AL., | § | |
| | § | 2:18-cv-10542-LJM-EAS |
| Plaintiffs, | § | |
| v. | § | Hon. Laurie J. Michelson |
| | § | |
| GOTNEWS, LLC, ET AL., | § | Mag. Elizabeth A. Stafford |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER ON STIPULATION OF DISMISSAL AS TO KENNETH STRAWN ONLY**

After considering the stipulation of dismissal as to Kenneth Strawn only, it is hereby ORDERED, ADJUDGED and DECREED that all of Plaintiffs' claims against Kenneth Strawn only in the above-captioned case are dismissed.

All costs and attorneys' fees are the responsibility of the party incurring same.

SO ORDERED.

Dated:  December 19, 2019

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE