IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOEL VANGHELUWE, ET AL., | § § § § § § § § § § | |
| | | 2:18-cv-10542-LJM-EAS |
| Plaintiffs, | | |
| | | |
| v. | | Hon. Laurie J. Michelson |
| | | |
| GOTNEWS, LLC, ET AL., | | |
| | | Mag. Elizabeth A. Stafford |
| Defendants. | | |

**ORDER ON MOTION TO DISMISS DEFENDANT JEFFREY RAINFORTH ONLY**

After considering the Motion to Dismiss Defendant Jeffrey Rainforth Only, it is hereby ORDERED, ADJUDGED and DECREED that all of Plaintiffs' claims against Jeffrey Rainforth in the above-captioned case are dismissed without prejudice to refiling.

All costs and attorneys' fees are the responsibility of the party incurring same.

Dated:  February 28, 2020

                              s/Laurie J. Michelson
                              LAURIE J. MICHELSON
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 28, 2020.

                              s/Erica Karhoff
                              Case Manager to
                              Honorable Laurie J. Michelson