IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOEL VANGHELUWE, ET AL., | § § | 2:18-cv-10542-LJM-EAS |
| Plaintiffs, | § § | |
| v. | § § | Hon. Laurie J. Michelson |
| GOTNEWS, LLC, ET AL., | § § | Mag. Elizabeth A. Stafford |
| Defendants. | § § § | |

**PLAINTIFFS' STATUS REPORT**

In response to the Court's September 22, 2020 Order, Plaintiffs submit this Status Report to (1) describe the status of the Got News' bankruptcy proceeding, (2) list all the defendants in this case, and for each defendant, his, her, or its status (e.g., Clerks entry of default, dismissed, in settlement discussions, etc.), and (3) Plaintiffs' plan for resolving their claims against any defendant that remains in the case (dispositive motion, default judgment, dismissal, settlement, etc.):

**I.      Got News' Bankruptcy.**

The bankruptcy proceeding of Got News, LLC is still active. *In re: Got News LLC*, 2:19-BK -14693, pending in the U.S. Bankruptcy Court for the Central District of California. The Bankruptcy Trustee retained Larry D. Simons, Law Offices of Larry D. Simons to represent him.  The Meeting of Creditors was held and conclude on June 5, 2020.

 Mr. Simons indicated in June 2020 that he would facilitate a 2004 examination of a representative of Got News, LLC.  Counsel for Plaintiffs followed up via e-mail on July 16, 2020; August 3, 2020; and September 2, 2020 for a status update with regard to that 2004 examination.  No response has been received.  Plaintiffs intend to seek relief from the

bankruptcy court.

## II.   List of All Defendants.

Below is a chart containing all defendants in this matter, a description of their status, and the ECF reference number for confirmation of their respective status.

| Defendant | Status | ECF Document |
|---|---|---|
| 1.  Got News, LLC | Stayed/Bankruptcy | ECF. 110 |
| 2.  Freedom Daily, LLC | Clerk's Entry of Default | ECF No. 68 |
| 3.  Charles C. Johnson | Dismissed | ECF No. 125 |
| 4.  Alberto Waisman | Dismissed | ECF No. 83 |
| 5.  Jeffrey Rainforth | Dismissed | ECF No. 131 |
| 6.  Jim Hoft | Dismissed | ECF No. 86 |
| 7.  David Petersen | Clerk's Entry of Default | ECF No. 63 |
| 8.  Jonathan Spiel | Clerk's Entry of Default | ECF No. 66 |
| 9.  Shirley Husar | Clerk's Entry of Default | ECF No. 67 |
| 10. Eduardo Doitteau | Clerk's Entry of Default | ECF No. 64 |
| 11. Lita Coulthart-Villanueva | Dismissed | ECF No. 119 |
| 12. Kenneth Strawn | Dismissed | ECF No. 128 |
| 13. Patrick Lehnhoff | Dismissed | ECF No. 79 |
| 14. Beth Eyestone | Dismissed | ECF No. 76 |
| 15. Lori Twohy | Dismissed | ECF No. 78 |
| 16. Raechel Hitchye | Dismissed | ECF No. 80 |
| 17. James Christopher Hastey | Clerk's Entry of Default | ECF. No. 65 |
| 18. Christopher Jones | Dismissed | ECF No. 77 |

| 19. Connie Comeaux | Clerk's Entry of Default | ECF No. 62 |
| --- | --- | --- |
| 20. Gavin McInnes | Dismissed | ECF No. 61 |
| 21. Richard Weikart | Dismissed | ECF No. 94 |
| 22. Paul Nehlen | Dismissed | ECF No. 94 |

### III.     Plaintiffs' Plan for Resolution.

As summarized by the above chart, the remaining defendants are (1) Got News, LLC and (2) several defendants against whom there has been a clerk's entry of default.

For those defendants against whom there has been a clerk's entry of default, Plaintiffs intend to move for default judgment under Rule 55(b)(2). Plaintiffs anticipate a hearing will be needed for the Court to determine the amount of damages. However, if the Court prefers Plaintiffs to establish their damages through affidavit testimony, given the effect of the COVID-19 pandemic, Plaintiffs will proceed will affidavits.

Plaintiffs currently prefer for the Got News, LLC bankruptcy to resolve first, given that Got News, LLC published the article at issue, it is likely the most culpable defendant, and it is believed to have assets that can be distributed to some of the creditors in the bankruptcy proceeding. Of course, if the Court prefers Plaintiffs to move for default judgment now, Plaintiffs will comply with the Court's preferences.

Respectfully submitted,

**Sommerman, McCaffity, Quesada & Geisler L.L.P.**

*/s/ Andrew B. Sommerman*
Andrew B. Sommerman
State Bar No. 18842150
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
(214) 720-0720 – Telephone
(214) 720-0184 - Facsimile
andrew@textrial.com

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 29, 2020, the foregoing Status Report was served via ECF on counsel of record who have appeared in the case.

/s/ Andrew B. Sommerman
Andrew B. Sommerman