UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOEL VANGHELUWE and JEROME VANGHELUWE,<br><br>    Plaintiffs,<br><br>v.<br><br>GOT NEWS, LLC, et al.,<br><br>    Defendants. | Case No. 2:18-cv-10542-LJM-EAS<br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER SETTING SCHEDULE

This case was filed in February 2018; in September 2020 it was two-and-half-years old. So, in September 2020, the Court requested that Plaintiffs Joel Vangheluwe and Jerome Vangheluwe provide an update on the status of the case. They have done so. According to the Vangheluwes, Defendant Got News, LLC's bankruptcy case is still ongoing. (ECF No. 133, PageID.1688.) The Vangheluwes provide that they intend to resolve their claim against Got News in the bankruptcy case. (*Id.*) And the Vangheluwes prefer to seek default judgments against seven other defendants, but only after they resolve their dispute with Got News. (*See id.* at PageID.1690.)

The Court sets the following schedule for the remainder of the case. This case is nearing three years old, and so the Vangheluwes should pursue their claim against Got News in the bankruptcy proceeding as soon as reasonably possible. Within 60 days of resolving their claim against Got News, for each of the seven defendants in default, the Vangheluwes are to either dismiss their complaint against the defendant or seek default judgment against the defendant. Each motion for default judgment that is filed must demonstrate that personal jurisdiction exists over each claim against the defendant per the test set out in this Court's prior opinion in this case. *See*

2

*generally Vangheluwe v. Got News, LLC*, 365 F. Supp. 3d 852 (E.D. Mich. 2019). The Vangheluwes shall also docket a proof of service for each motion for default judgment filed.

SO ORDERED.

Dated: November 4, 2020

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE