UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOEL VANGHELUWE and<br>JEROME VANGHELUWE,<br><br>      Plaintiffs,<br><br>v.<br><br>GOT NEWS, LLC, et al.,<br><br>      Defendants. | Case No. 2:18-cv-10542-LJM-EAS<br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER FOR PLAINTIFFS TO SHOW CAUSE
WHY CASE SHOULD NOT BE DISMISSED**

In September 2020, this case was nearing two-and-half-years old, and so the Court requested a status update. Plaintiffs Joel Vangheluwe and Jerome Vangheluwe provided an update on the status of the case. (ECF No. 133.) Upon reviewing the update, the Court stated,

> The Court sets the following schedule for the remainder of the case. This case is nearing three years old, and so the Vangheluwes should pursue their claim against Got News in the bankruptcy proceeding as soon as reasonably possible. Within 60 days of resolving their claim against Got News, for each of the seven defendants in default, the Vangheluwes are to either dismiss their complaint against the defendant or seek default judgment against the defendant. Each motion for default judgment that is filed must demonstrate that personal jurisdiction exists over each claim against the defendant per the test set out in this Court's prior opinion in this case. *See generally Vangheluwe v. Got News, LLC*, 365 F. Supp. 3d 852 (E.D. Mich. 2019). The Vangheluwes shall also docket a proof of service for each motion for default judgment filed.

(ECF No. 134.)

It is now May 2021, and so now this case is three years old. And the Court has received no update since the last. The Vangheluwes are thus ORDERED to show cause why this case should not be dismissed for failure to prosecute. The Court also notes that if the Vangheluwes still intend to seek judgment against the defaulted defendants, the Sixth Circuit Court of Appeals has recently

issued an opinion regarding personal jurisdiction that is relevant to this case. *See Blessing v. Chandrasekhar*, 988 F.3d 889, 906 (6th Cir. 2021). The Vangheluwes' show-cause response is due on or before May 21, 2021.

SO ORDERED.

Dated: May 14, 2021

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE