IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOEL VANGHELUWE, ET AL., | § | |
| | § | 2:18-cv-10542-LJM-EAS |
| Plaintiffs, | § | |
| v. | § | Hon. Laurie J. Michelson |
| | § | |
| GOTNEWS, LLC, ET AL., | § | Mag. Elizabeth A. Stafford |
| | § | |
| Defendants. | § | |
| | § | |

**PLAINTIFFS' SHOW-CAUSE RESPONSE**

In response to the Court's May 14, 2021 Order [Doc. 135], Plaintiffs submit this Show-Cause Response to (1) describe the status of the Got News' bankruptcy proceeding, (2) list all the remaining defendants in this case and their current status (e.g., Clerks entry of default), and (3) Plaintiffs' plan for resolving their claims against the remaining defendants:

**I.     Got News' Bankruptcy.**

**Background.** The bankruptcy proceeding for Got News, LLC is still active. *In re: Got News LLC*, 2:19-BK -14693, pending in the U.S. Bankruptcy Court for the Central District of California.  The Bankruptcy Trustee retained Larry D. Simons, Law Offices of Larry D. Simons to represent him.

Mr. Simons indicated in June 2020 that he would facilitate a 2004 examination of a representative of Got News, LLC.  Counsel for Plaintiffs followed up via e-mail on July 16, 2020; August 3, 2020; and September 2, 2020 for a status update with regard to that 2004 examination.  No response was received.

**Updates Following October 29, 2020 Status Report [Doc. 133].**  Since Plaintiffs were unable to obtain deposition dates for a 2004 examination of a representative of Got News,

LLC, Plaintiffs sought relief from the bankruptcy court. On February 25, 2021, Plaintiffs filed *Creditors' Notice of and Motion for Rule 2004 Examination of (1) Debtor Got News, LLC and (2) Charles Johnson; Memorandum of Points and Authorities; Declaration.* The bankruptcy court granted the order for the 2004 examination of Got News, LLC and Charles Johnson (the Managing Member of Got News, LLC) on March 3, 2021.

The depositions were noticed by subpoena to take place on March 31, 2021 at 12:00 P.M. C.S.T. via Zoom. Neither Charles Johnson nor a representative from Got News, LLC appeared for their court-ordered depositions. The deposition notice mailed to Charles Johnson's last known address was subsequently returned. Plaintiffs are attempting to locate and serve Charles Johnson at a new address. Got News, LLC's bankruptcy counsel represented that he is not authorized to provide Charles Johnson's current contact information.

## II. List of All Remaining Defendants.

Below is a chart containing all remaining defendants in this matter, a description of their status, and the ECF reference number for confirmation of their respective status.

| Defendant | Status | ECF Document |
|---|---|---|
| 1. Got News, LLC | Stayed/Bankruptcy | ECF. 110 |
| 2. Freedom Daily, LLC | Clerk's Entry of Default | ECF No. 68 |
| 3. David Petersen | Clerk's Entry of Default | ECF No. 63 |
| 4. Jonathan Spiel | Clerk's Entry of Default | ECF No. 66 |
| 5. Shirley Husar | Clerk's Entry of Default | ECF No. 67 |
| 6. Eduardo Doitteau | Clerk's Entry of Default | ECF No. 64 |
| 7. James Christopher Hastey | Clerk's Entry of Default | ECF. No. 65 |
| 8. Connie Comeaux | Clerk's Entry of Default | ECF No. 62 |

### III. Plaintiffs' Plan for Resolution.

Plaintiff understood from this Court's November 4, 2020 Order [Doc. 134] that Plaintiff had sixty (60) days following resolution of the Got News, LLC bankruptcy to move for default judgment against the defendants against whom there is a Clerk's Entry of Default. As of the date of this filing, the Got News, LLC bankruptcy has not resolved.

Given the nature of the bankruptcy proceeding to date, it is unclear to Plaintiffs *when* the Got News, LLC bankruptcy will resolve. Given the extended uncertainty associated with the Got News, LLC bankruptcy and for the sake of judicial efficiency, Plaintiff will voluntarily dismiss the claims against (1) Freedom Daily, LLC, (2) David Peterson, (3) Jonathan Spiel, (4) Shirley Husar, (5) Eduardo Doitteau, (6) James Christopher Hastey, and (7) Connie Comeaux. Plaintiffs will do so on or before May 31, 2021, unless ordered differently by this Court.

Following the dismissal of these seven defendants, the only remaining defendant will be Got News, LLC. Given that Got News, LLC has not been complying with court orders in the bankruptcy proceeding, Plaintiffs request this Court keep this case open (even if designated to an inactive status) until such time as there is resolution in the bankruptcy court.

        Respectfully submitted,

        **Sommerman, McCaffity,**
        **Quesada & Geisler L.L.P.**

        ***/s/ Andrew B. Sommerman***
        Andrew B. Sommerman
        State Bar No. 18842150
        3811 Turtle Creek Blvd., Suite 1400
        Dallas, TX  75219
        (214) 720-0720 – Telephone
        (214) 720-0184 - Facsimile
        andrew@textrial.com

        ***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 20, 2021, the foregoing Status Report was served via ECF on counsel of record who have appeared in the case.

        /s/ Andrew B. Sommerman
        Andrew B. Sommerman