IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOEL VANGHELUWE, ET AL., § | |
| § | 2:18-cv-10542-LJM-EAS |
| Plaintiffs, § | |
| v. § | Hon. Laurie J. Michelson |
| § | |
| GOTNEWS, LLC, ET AL., § | Mag. Elizabeth A. Stafford |
| § | |
| Defendants. § | |
| § | |

**NOTICE OF DISMISSAL AS TO (1) FREEDOM DAILY, LLC (2) DAVID PETERSON, (3) JONATHAN SPIEL, (4) SHIRLEY HUSAR, (5) EDUARDO DOITTEAU, (6) JAMES CHRISTOPHER HASTEY, AND (7) CONNIE COMEAUX ONLY**

Plaintiffs file this Notice of Dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

1. Plaintiffs are Joel Vangheluwe and Jerome Vangheluwe. The current remaining Defendants are GotNews L.L.C., Freedom Daily L.L.C., David Petersen, Jonathan Spiel, Shirley Husar, Eduardo Doitteau, James Christopher Hastey, and Connie Comeaux.

2. On February 14, 2018, Plaintiffs sued Defendants for defamation, defamation per se, intentional infliction of emotional distress, and invasion of privacy (false light).

3. Plaintiffs file this notice of dismissal as to (1) Freedom Daily L.L.C., (2) David Petersen, (3) Jonathan Spiel, (4) Shirley Husar, (5) Eduardo Doitteau, (6) James Christopher Hastey, and (7) Connie Comeaux only as defendants in this suit. In accordance with Rule 41(a)(1)(A)(i), none of these defendants have served an answer or a motion for summary judgment.

4. This case is not a class action under Fed. R. Civ. P. 23, a derivative action under Rule 23.1, an action related to an unincorporated association under Rule 23.2, or an action in

which a receiver has been appointed under Rule 66.

5. This case is not governed by any federal statute that requires a court order for dismissal of these parties.

6. Plaintiffs have not previously dismissed any federal or state court action based on or including the same claims as those presented in this case.

7. This dismissal of (1) Freedom Daily L.L.C., (2) David Petersen, (3) Jonathan Spiel, (4) Shirley Husar, (5) Eduardo Doitteau, (6) James Christopher Hastey, and (7) Connie Comeaux only is without prejudice.

Respectfully submitted,

**Sommerman, McCaffity, Quesada & Geisler L.L.P.**

*/s/ Andrew B. Sommerman*
Andrew B. Sommerman
State Bar No. 18842150
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX  75219
(214) 720-0720 – Telephone
(214) 720-0184 - Facsimile
andrew@textrial.com

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 27, 2021, the foregoing Stipulation of Dismissal was served via ECF on counsel of record who have appeared in the case.

*/s/ Andrew B. Sommerman*
Andrew B. Sommerman