UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOEL VANGHELUWE and JEROME VANGHELUWE,<br><br>Plaintiffs,<br><br>v.<br><br>GOT NEWS, LLC, et al.,<br><br>Defendants. | Case No. 2:18-cv-10542-LJM-EAS<br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER ADMINISTRATIVELY CLOSING CASE

On May 27, 2021, Plaintiffs filed a Notice of Dismissal under Rule 41(a)(1)(A)(i) dismissing the following defendants: Freedom Daily, LLC; David Peterson; Jonathan Speil; Shirley Husar, Eduardo Doitteau; James Hastey and Connie Comeaux. The only remaining defendant in this case is Got News, LLC who is currently proceeding through bankruptcy. Therefore, this case is closed for administrative purposes pending resolution of the bankruptcy.

SO ORDERED.

Dated: May 28, 2021

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE
