No. 19-1162

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 24, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| JOEL VANGHELUWE; JEROME VANGELUWE | )<br>)<br>) |
| Plaintiffs-Appellees, | )<br>) |
| v. | )<br>) O R D E R<br>) |
| GOT NEWS LLC, | )<br>)<br>) |
| Defendant-Appellant. | )<br>) |
| and | )<br>) |
| FREEDOM DAILY, LLC, ET AL. | )<br>)<br>) |
| Defendant | )<br>) |

On April 20, 2020, counsel for defendant Got News, LLC, was permitted to withdraw representation. The defendant was permitted 30 days to notify the court of its legal representation going forward, and new counsel was directed to comply with this court's May 1, 2019, Order requiring the filing of a status report advising of the status of defendant's bankruptcy proceedings every 90 days.

To date, no attorney has entered an appearance for appellant and no status report has been filed. Further, the records of the California Central Bankruptcy Court in case no. 19-14693 indicate those proceedings are now closed.

In light of the inactivity in this case, it is therefore **ORDERED** that this cause be, and hereby is, dismissed for want of prosecution. A motion to reconsider this order must be filed by

19-1162
-2-

counsel. A corporation must be represented by counsel; it cannot proceed pro se. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993).

A copy of this order will be served on the defendant, Got News, LLC, via First-Class Mail at the address provided by withdrawn counsel.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 24, 2025

GotNews, LLC
5812 Temple City Boulevard
Suite 402
Temple City, CA 91780

Mr. Andrew Bryant Sommerman
Sommerman, McCaffity, Quesada & Geisler
3811 Turtle Creek Boulevard
Suite 1400
Dallas, TX 75219

    Re: Case No. 19-1162
        *Joel Vangheluwe, et al v. Got News, LLC, et al*
        Originating Case No. 2:18-cv-10542

Dear Sir or Madam,

  The Court issued the enclosed Order today in this case.

                                    Sincerely yours,

                                    s/Kelly Stephens
                                    Case Management Specialist: Jill
                                    Direct Dial No. 513-564-7024

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue